1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CAMPBELL & WILLIAMS
J. COLBY WILLIAMS (5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222
Facsimile: 702.382.0540

*Attorneys for Defendant*
*Zuffa, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, on behalf of himself, and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZUFFA, LLC, <br><br> Defendant. | Case No.: 2:22-cv-00412-RFB-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S RESPONSE DEADLINE** <br><br> **(First Request)** |

Pursuant to LR 7-1 and LR IA 6-1, the parties hereby stipulate to extend the time in which

Defendant Zuffa, LLC ("Zuffa") may respond to the Complaint (ECF No. 1). This is Zuffa's first request

for an extension of time.

On March 4, 2022, Plaintiff filed its Complaint against Zuffa. Plaintiff served Zuffa with the

Complaint on March 17, 2022, and the current deadline for Zuffa to respond to the Complaint is April 7,

2022.

The parties have agreed that party and judicial efficiency would be best served by permitting

Zuffa to have an extension to file a response to the Complaint. Therefore, the parties stipulate that Zuffa's

response to the Complaint will be due on May 9, 2022.

1    The parties file this Stipulation and Proposed Order to provide Zuffa an opportunity to evaluate

2  and respond to Plaintiff's Complaint.

3    IT IS SO STIPULATED.

4

5  Dated: March 29, 2022                    By:    /s/ *J. Colby Williams*

6                                           J. Colby Williams (Nev. Bar No. 5549)
                                            CAMPBELL & WILLIAMS

7                                           710 South 7th Street
                                            Las Vegas, Nevada 89101

8
                                            *Attorneys for Defendant Zuffa, LLC*
9

10  Dated: March 29, 2022                   By:    /s/ *Seth A. Safier*

11
                                            David Markman, Esq. (Nev. Bar No. 12440)
12                                          David@Markmanlawfirm.com
                                            4484 South Pecos Road, Suite 130
13                                          Las Vegas, Nevada 89121
                                            Telephone: 702.843.5899
14

15                                          Seth A. Safier (*pro hac vice*)
                                            Marie A. McCrary (*pro hac vice*)
16                                          Hayley Reynolds (*pro hac vice*)
                                            Kali Backer (*pro hac vice*)
17                                          GUTRIDE SAFIER LLP
                                            100 Pine Street, Suite 1250
18                                          San Francisco, California 94111
                                            Telephone: 415.336.6545
19

20                                          *Attorneys for Plaintiff*

21                                          **IT IS SO ORDERED**:

22

23                                          _____

24

25                                          DATED: March 31, 2022

26

27

28