# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVERETT BLOOM

        Plaintiff(s),

vs.

ZUFFA, LLC

        Defendant(s).

Case #2:22-cv-00412-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____SUSAN KAY LEADER_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____WILSON SONSINI_____
(firm name)

with offices at _____633 WEST FIFTH STREET, SUITE 1550_____,
(street address)

_____LOS ANGELES_____, _____California_____, _____90071-2048_____,
(city)                                         (state)                              (zip code)

_____(323) 210-2943_____, _____SLEADER@WSGR.COM_____.
(area code + telephone number)                    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____ZUFFA, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___12 03 / 20 1___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Ninth Circuit of Appeal | November 9, 2011 | 216743 |
| U.S. District Court, California Central District | December 3, 2001 | 216743 |
| U.S. District Court, Californnia Eastern District | March 3, 2016 | 216743 |
| U.S. District Court, California Southern District | March 15, 2018 | 216743 |
| California Supreme Court | December 3, 2001 | 216743 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Susan Leader*
Petitioner's signature

STATE OF ___Texas___ )
COUNTY OF ___Williamson___ )

___SUSAN KAY LEADER___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Susan Leader*
Petitioner's signature

State of Texas, County of Williamson
Subscribed and sworn to before me this

___15th___ day of ___May___, ___2022___.

*Alma L. Spaulding*
Notary Public or Clerk of Court

Alma L. Spaulding
Notary Public, State of Texas
Comm. Expires 11-13-2023
Notary ID 130361598

Notarized Online with NotaryLive.com

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___J. COLBY WILLIAMS___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___710 S. 7TH STREET___,
(street address)

___LAS VEGAS___, ___Nevada___, ___89101___,
(city)            (state)            (zip code)

___(702) 382-5222___, ___JCW@CWLAWLV.COM___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____J. COLBY WILLIAMS_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Riche T. KcKnight, EVP and General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5549                             jcw@cwlawlv.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                                               Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *SUSAN KAY LEADER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify SUSAN KAY LEADER #216743, was on the 3rd day of December, 2001 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of April 27th, 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*Florentino Jimenez, Assistant Deputy Clerk*