**MARKMAN LAW**
DAVID MARKMAN (Nevada Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (admitted pro hac vice)
seth@gutridesafier.com
MARIE A. MCCRARY (admitted pro hac vice)
marie@gutridesafier.com
HAYLEY REYNOLDS (admitted pro hac vice)
hayley@gutridesafier.com
KALI BACKER (admitted pro hac vice)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**CAMPBELL & WILLIAMS**
J. Colby Williams, Esq. (Nevada Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
VICTOR JIH (admitted *pro hac vice*)
vjih@wsgr.com
SUSAN K. LEADER (admitted *pro hac vice*)
sleader@wsgr.com
ALI RABBANI (admitted *pro hac vice*)
arabbani@wsgr.com
STEPHANIE V. BALITZER (admitted *pro hac vice*)
sbalitzer@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendant Zuffa, LLC*

**UNITED STATES DISTRICT COURT FOR NEVADA**

| | |
|---|---|
| EVERETT BLOOM, on behalf of himself, and those similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZUFFA, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 2:22-cv-00412-RFB-BNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR CLASS CERTIFICATION** |

　　　This stipulation is between Plaintiff, Everett Bloom, on behalf of himself, the general public and those similarly situated ("Plaintiff") and Zuffa, LLC ("Defendant"). The Parties have agreed as follows:

WHEREAS, the Court's May 25, 2022 Case Management Order (ECF 32) set a deadline of January 4, 2023, for Plaintiff's motion for class certification and disclosure of experts and expert reports relating to class certification, as well as attendant opposition and reply deadlines.

WHEREAS, following the Case Management Order, the parties negotiated Protective and ESI Orders that were mutually agreeable, which were adopted by this Court on July 26, 2022 (ECF 36 & 37).

WHEREAS, in accordance with the ESI Order, the parties have been meeting and conferring in good faith to agree upon a search methodology for Defendant's production of electronically stored information ("ESI").  *See* ECF 37 at 2.

WHEREAS, the parties have made significant progress in this regard and reached agreement on an initial set of custodians and search terms on October 27, 2022 (the "agreed ESI searches").

WHEREAS, Defendant has and will continue to produce documents on a rolling basis in response to Plaintiff's first set of requests for production and pursuant to the agreed ESI searches.

WHEREAS, Plaintiff believes additional time is necessary to review those documents, obtain follow-up searches, and conduct informed depositions prior to the current January 4, 2022 motion for class certification deadline.

WHEREAS, the parties have met and conferred and agree that the case schedule should be extended by 90 days to allow additional time for discovery.

Therefore, the parties hereby stipulate to a 90-day extension of the current class certification briefing schedule, as follows:

- The deadline for Plaintiff's Motion for Class Certification and Disclosure of Expert(s) and Export Report(s) Relating to Class Certification will be due by April 4, 2023;

- Defendant's Opposition to Motion for Class Certification and Disclosure of Expert(s) and Expert Report(s) Relating to Class Certification will be due by June 2, 2023 (i.e., 59 days after Plaintiff's Motion is filed);

- Plaintiff's Reply Brief in Support of Motion for Class Certification and Rebuttal Expert Report(s) in Support of Class Certification will be due by August 1, 2023 (60 days after Zuffa's Opposition is filed);

- Hearing on Motion for Class Certification shall be 14 days after Plaintiff's Reply is filed, or as soon thereafter as the parties may be heard.

STIPULATED AND AGREED to this 28th day of November 2022.

| | |
|---|---|
| By:   /s/David Markman<br>**GUTRIDE SAFIER LLP**<br>Seth Safier (admitted pro hac vice)<br>Marie A. McCrary (admitted pro hac vice)<br>Hayley Reynolds (admitted pro hac vice)<br>Kali Backer (admitted pro hac vice)<br>Anthony Patek (admitted pro hac vice)<br>anthony@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469<br><br>**MARKMAN LAW**<br>David Markman (Nevada Bar. No. 12440)<br>David@Markmanlawfirm.com<br>4484 S. Pecos Rd. Suite #130<br>Las Vegas NV 89121<br>Telephone: 702-843-5899<br>Facsimile: 702-843-6010<br><br>Attorneys for Plaintiff | By: /s/Ali Rabbani/<br>**WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br>VICTOR JIH (admitted *pro hac vice*)<br>vjih@wsgr.com<br>SUSAN K. LEADER (admitted *pro hac vice*)<br>sleader@wsgr.com<br>ALI RABBANI (admitted *pro hac vice*)<br>arabbani@wsgr.com<br>STEPHANIE V. BALITZER (admitted *pro hac vice*)<br>sbalitzer@wsgr.com<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2027<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br><br>**CAMPBELL & WILLIAMS**<br>J. Colby Williams, Esq. (Nevada Bar No. 5549)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br><br>Attorneys for Defendant Zuffa, LLC |

## ORDER

The Court having considered the Parties' joint stipulation, and good cause appearing:

**IT IS ORDERED THAT:**

- The deadline for Plaintiff's Motion for Class Certification and Disclosure of Expert(s) and Export Report(s) Relating to Class Certification will be due by April 4, 2023;

- Defendant's Opposition to Motion for Class Certification and Disclosure of Expert(s) and Expert Report(s) Relating to Class Certification will be due by June 2, 2023 (i.e., 59 days after Plaintiff's Motion is filed);

- Plaintiff's Reply Brief in Support of Motion for Class Certification and Rebuttal Expert Report(s) in Support of Class Certification will be due by August 1, 2023 (60 days after Zuffa's Opposition is filed);

- Hearing on Motion for Class Certification shall be 14 days after Plaintiff's Reply is filed, or as soon thereafter as the parties may be heard.

**IT IS SO ORDERED**

**DATED:** 3:03 pm, November 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**