| | |
|---|---|
| **MARKMAN LAW**<br>DAVID MARKMAN (Nevada Bar. No. 12440)<br>David@Markmanlawfirm.com<br>4484 S. Pecos Rd. Suite #130<br>Las Vegas NV 89121<br>Telephone: 702-843-5899<br>Facsimile: 702-843-6010<br><br>**GUTRIDE SAFIER LLP**<br>SETH A. SAFIER (admitted pro hac vice)<br>seth@gutridesafier.com<br>MARIE A. MCCRARY (admitted pro hac vice)<br>marie@gutridesafier.com<br>HAYLEY REYNOLDS (admitted pro hac vice)<br>hayley@gutridesafier.com<br>KALI BACKER (admitted pro hac vice)<br>kali@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 336-6545<br>Facsimile: (415) 449-6469<br><br>*Attorneys for Plaintiff* | **CAMPBELL & WILLIAMS**<br>J. Colby Williams, Esq. (Nevada Bar No. 5549)<br>jcw@cwlawlv.com<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br><br>**WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br>VICTOR JIH (admitted *pro hac vice*)<br>vjih@wsgr.com<br>SUSAN K. LEADER (admitted *pro hac vice*)<br>sleader@wsgr.com<br>ALI RABBANI (admitted *pro hac vice*)<br>arabbani@wsgr.com<br>STEPHANIE V. BALITZER (admitted *pro hac vice*)<br>sbalitzer@wsgr.com<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2027<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br><br>*Attorneys for Defendant Zuffa, LLC* |

# UNITED STATES DISTRICT COURT FOR NEVADA

| | |
|---|---|
| EVERETT BLOOM, on behalf of himself, and those similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>ZUFFA, LLC,<br><br>                  Defendant. | Case No.: 2:22-cv-00412-RFB-BNW<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR CLASS CERTIFICATION** |

    This stipulation is between Plaintiff, Everett Bloom, on behalf of himself, the general public and those similarly situated ("Plaintiff") and Zuffa, LLC ("Defendant"). The Parties have agreed as follows:

WHEREAS, the Court's May 25, 2022 Case Management Order (ECF 32) set a deadline of January 4, 2023, for Plaintiff's motion for class certification and disclosure of expert reports relating to class certification, as well as corresponding opposition and reply deadlines.

WHEREAS, following the Case Management Order, the parties negotiated a joint stipulation extending the class certification briefing schedule by 90 days to allow time for additional discovery, which was adopted by this Court on November 29, 2022 (ECF 38 & 39).

WHEREAS, each of the parties has since responded to discovery requests and produced documents to the other.

WHEREAS, Plaintiff believes additional discovery, including a subpoena served on Meta, Inc., d/b/a Facebook, must be completed prior to Plaintiff's April 4, 2023 deadline.

WHEREAS, the parties have also agreed to and scheduled a private mediation on March 30, 2023.

WHEREAS, the Parties have met and conferred and agree that the case schedule should be extended by 60 days.

Therefore, the Parties hereby stipulate to a 60-day extension of the current class certification briefing schedule, as follows:

- The deadline for Plaintiff's Motion for Class Certification and Disclosure of Expert(s) and Expert Report(s) Relating to Class Certification will be due by June 2, 2023;

- Defendant's Opposition to Plaintiff's Motion for Class Certification and Disclosure of Expert(s) and Expert Report(s) Relating to Class Certification will be due by August 1, 2023 (i.e., 60 days after Plaintiff's Motion is filed);

- Plaintiff's Reply Brief in Support of Motion for Class Certification and Rebuttal Expert Report(s) in Support of Class Certification will be due by September 29, 2023 (i.e., 59 days after Zuffa's Opposition is filed);

- Hearing on Motion for Class Certification shall be 14 days after Plaintiff's Reply is filed, or as soon thereafter as the parties may be heard.

STIPULATED AND AGREED to this 13th day of March 2023.

/s/Kali Backer/
**GUTRIDE SAFIER LLP**
Seth Safier (admitted pro hac vice)
Marie A. McCrary (admitted pro hac vice)
Hayley Reynolds (admitted pro hac vice)
Kali Backer (admitted pro hac vice)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiff


**MARKMAN LAW**
David Markman (Nevada Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

/s/ Ali Rabbani/
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
VICTOR JIH (admitted *pro hac vice)*
vjih@wsgr.com
SUSAN K. LEADER (admitted *pro hac vice*)
sleader@wsgr.com
ALI RABBANI (admitted *pro hac vice*)
arabbani@wsgr.com
STEPHANIE V. BALITZER (admitted *pro hac vice*)
sbalitzer@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329


**CAMPBELL & WILLIAMS**
J. Colby Williams, Esq. (Nevada Bar No. 5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

Attorneys for Defendant Zuffa, LLC

## ORDER

**IT IS SO ORDERED**

**DATED:** 5:29 pm, March 14, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3