**MARKMAN LAW**
DAVID MARKMAN (Nevada Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (admitted pro hac vice)
seth@gutridesafier.com
MARIE A. MCCRARY (admitted pro hac vice)
marie@gutridesafier.com
HAYLEY REYNOLDS (admitted pro hac vice)
hayley@gutridesafier.com
ANTHONY J. PATEK (admitted pro hac vice)
anthony@gutridesafier.com
KALI BACKER (admitted pro hac vice)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**CAMPBELL & WILLIAMS**
J. Colby Williams, Esq. (Nevada Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
VICTOR JIH (admitted *pro hac vice*)
vjih@wsgr.com
SUSAN K. LEADER (admitted *pro hac vice*)
sleader@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendant Zuffa, LLC*

## UNITED STATES DISTRICT COURT FOR NEVADA

| | |
|---|---|
| EVERETT BLOOM, on behalf of himself, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC,<br><br>Defendant. | Case No.: 2:22-cv-00412-RFB-BNW<br><br>**JOINT STIPULATION RE: LEAVE TO AMEND COMPLAINT** |

This stipulation is between Plaintiff, Everett Bloom, on behalf of himself, the general public and those similarly situated ("Plaintiff") and Zuffa, LLC ("Zuffa") (together, the "Parties"). The Parties have agreed as follows:

WHEREAS, Plaintiff filed a motion for leave to amend the complaint (ECF 42) on April 28, 2023.

WHEREAS, the Court dismissed without prejudice the motion for leave to amend on May 5, 2023 (ECF 43) and ordered the Parties to meet and confer by May 26, 2023 in accordance with LR IA 1-3(f).

WHEREAS, the Parties met and conferred regarding the motion for leave to amend on May 10, 2023 per LR IA 1-3(f).

WHEREAS, Zuffa does not oppose Plaintiff's request to file an amended complaint that conforms to the proposed amended complaint filed on April 28, 2023 but requests that Zuffa and the new defendants be provided 30 days to file responsive pleadings and/or motions.

WHEREAS, Plaintiff's amendment will not delay the stipulated deadline for Plaintiffs to file their motion for class certification, as reflected in the Case Management Order (ECF 32) and Joint Stipulation to Continue Deadline for Class Certification (ECF 40 & 41). Therefore, the Parties hereby stipulate as follows:

- Plaintiff shall have leave to file, by May 30, 2023, or other date set by the Court, an amended complaint that conforms to the proposed amended complaint filed on April 28, 2023;
- Zuffa and the new defendants shall have 30 days from the date of filing of the amended complaint to file any responsive pleadings and/or motions.

STIPULATED AND AGREED to this 23rd day of May 2023.

By:     /Anthony J. Patek/
**GUTRIDE SAFIER LLP**
Seth Safier (admitted pro hac vice)
Marie A. McCrary (admitted pro hac vice)
Hayley Reynolds (admitted pro hac vice)
Anthony J. Patek (admitted pro hac vice)
Kali Backer (admitted pro hac vice)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

**MARKMAN LAW**
David Markman (Nevada Bar. No. 12440)

By:     /Susan Leader/
**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
VICTOR JIH (admitted *pro hac vice*)
vjih@wsgr.com
SUSAN K. LEADER (admitted *pro hac vice*)
sleader@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

| | |
|---|---|
| David@Markmanlawfirm.com<br>4484 S. Pecos Rd. Suite #130<br>Las Vegas NV 89121<br>Telephone: 702-843-5899<br>Facsimile: 702-843-6010<br><br>Attorneys for Plaintiff | **CAMPBELL & WILLIAMS**<br>J. Colby Williams, Esq. (Nevada Bar No. 5549)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br><br>Attorneys for Defendant Zuffa, LLC |

**IT IS SO ORDERED**

**DATED:** 2:44 pm, May 24, 2023

*/s/ Brenda Weksler*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**