**MARKMAN LAW**
DAVID MARKMAN (Nevada Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (admitted pro hac vice)
seth@gutridesafier.com
MARIE A. MCCRARY (admitted pro hac vice)
marie@gutridesafier.com
HAYLEY REYNOLDS (admitted pro hac vice)
hayley@gutridesafier.com
ANTHONY J. PATEK (admitted pro hac vice)
anthony@gutridesafier.com
KALI BACKER (admitted pro hac vice)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**CAMPBELL & WILLIAMS**
J. Colby Williams, Esq. (Nevada Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
VICTOR JIH (admitted *pro hac vice*)
vjih@wsgr.com
SUSAN K. LEADER (admitted *pro hac vice*)
sleader@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

*Attorneys for Defendant Zuffa, LLC*

# UNITED STATES DISTRICT COURT FOR NEVADA

| | |
|---|---|
| EVERETT BLOOM, on behalf of himself, and those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ZUFFA, LLC,<br><br>    Defendant. | Case No.: 2:22-cv-00412-RFB-BNW<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR CLASS CERTIFICATION** |

  This stipulation is between Plaintiff, Everett Bloom, on behalf of himself, the general public and those similarly situated ("Plaintiff") and Zuffa, LLC ("Defendant") (together, "the Parties"). The Parties have agreed as follows:

1

WHEREAS, the Court's May 25, 2022 Case Management Order (ECF 32) set a deadline of January 4, 2023, for Plaintiff's motion for class certification and disclosure of expert reports relating to class certification.

WHEREAS, following the Case Management Order, the Parties negotiated a joint stipulation extending the deadline for Plaintiff's motion for class certification and disclosure of expert reports relating to class certification to April 4, 2023, in order to facilitate further discovery, which was adopted by this Court on November 29, 2023 (ECF 38 & 39).

WHEREAS, on March 13, 2023, the Parties submitted a second joint stipulation extending the deadline for Plaintiff's motion for class certification and disclosure of expert reports relating to class certification to June 3, 2023, which was adopted by this Court on March 14, 2023 (ECF 40 & 41), to accommodate the resolution of Plaintiff's subpoena served on Meta Platforms, Inc. (d/b/a Facebook).[1]

WHEREAS, the Parties then agreed to postpone certain depositions pending private mediation on March 30, 2023, but were unsuccessful in resolving the case.

WHEREAS, Plaintiff served amended notices of depositions in mid-April 2023.

WHEREAS, the only date that is mutually agreeable to hold one such deposition is May 31, 2023, which Plaintiff contends affords insufficient time before the current June 2, 2023, deadline for the motion for class certification.

WHEREAS, the Parties agree that allowing a small amount of additional time to accommodate this deposition would benefit both Parties.

The Parties hereby stipulate to a one-week (7-day) extension of the current class certification deadline to June 9, 2023.

---

[1] Plaintiff moved to compel Meta Platforms to comply with the subpoena in *Bloom v. Meta Platforms, Inc.*, No. 3:2023-mc-80137 (N.D. Cal. Apr. 25, 2023). The District Court for the Northern District of California has not yet set a briefing schedule for that motion.

STIPULATED AND AGREED to this 24rd day of May 2023.

| /Anthony J. Patek/ | /Susan Leader/ |
|---|---|
| **GUTRIDE SAFIER LLP** | **WILSON SONSINI GOODRICH & ROSATI** |
| Seth Safier (admitted pro hac vice) | Professional Corporation |
| Marie A. McCrary (admitted pro hac vice) | Victor Jih (admitted *pro hac vice*) |
| Hayley Reynolds (admitted pro hac vice) | vjih@wsgr.com |
| Anthony J. Patek (admitted pro hac vice) | Susan K. Leader (admitted *pro hac vice*) |
| Kali Backer (admitted pro hac vice) | sleader@wsgr.com |
| 100 Pine Street, Suite 1250 | 633 West Fifth Avenue, Suite 1550 |
| San Francisco, CA 94111 | Los Angeles, CA 90071-2027 |
| Telephone: (415) 639-9090 | Telephone: (323) 210-2900 |
| Facsimile: (415) 449-6469 | Facsimile: (866) 974-7329 |
| Attorneys for Plaintiff | Attorneys for Defendant Zuffa, LLC |

**IT IS SO ORDERED**

**DATED:** 11:50 am, May 30, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**