# DECLARATION OF ALI RABBANI IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO COMPEL

**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN K. LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE V. BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendant*
ZUFFA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,

Plaintiffs,

v.

ZUFFA, LLC; ENDEAVOR STREAMING, LLC and ENDEAVOR GROUP HOLDINGS, INC.

Defendants.

Case No.: 2:22-cv-00412-RFB-BNW

**DECLARATION OF ALI RABBANI IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO COMPEL**

I, Ali Rabbani, declare as follows:

1. I am an attorney with Paul Hastings LLP, counsel of record for Defendant Zuffa, LLC ("Zuffa"). This declaration is submitted in support of Zuffa's Motion to Compel Additional Discovery from Plaintiff Everett Bloom ("Plaintiff"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. On December 5, 2022, Zuffa served its First Set of Requests for Production of Documents ("Requests for Production" or "RFPs") and Interrogatories on Plaintiff. The Requests for Production sought, among other things, documents relating to (a) Plaintiff's Facebook accounts, their respective privacy settings and his use of those accounts, (b) the devices and browsers Plaintiff used to access video web pages on the Fight Pass website, and their respective data privacy settings, data privacy software, and ad settings, (c) his Fight Pass subscription, and (d) the allegations in his complaint. Likewise, the Interrogatories sought, among other things, information regarding Plaintiff's devices, browsers, and their respective settings.

3. On January 25, 2023, Plaintiff served his Responses and Objections to Zuffa's Requests for Production and Interrogatories. Plaintiff only agreed to produce documents in response to 11 of Zuffa's 52 RFPs and only provided partial responses to Zuffa's Interrogatories. Attached as **Exhibit A** is a true and correct copy of Plaintiff's Responses and Objections to Zuffa's First Set of Requests for Production, and attached as **Exhibit B** is a true and correct copy of Plaintiff's Responses and Objections to Zuffa's First Set of Interrogatories.

4. On February 15, 2023, counsel for both parties met and conferred telephonically regarding Plaintiff's responses to Zuffa's Requests for Production and Interrogatories. During the call and in subsequent emails, Plaintiff's counsel represented that they were "working on getting additional documents from the plaintiff to address the concerns Zuffa raised, particularly with regard to Facebook history and settings." Attached as **Exhibit C** is a true and correct, redacted copy of this email.

5. Later on the same day as the call, Zuffa's counsel sent a meet and confer letter to Plaintiff's counsel regarding the deficiencies in Plaintiff's responses. Attached as **Exhibit D** is a true and correct copy of this letter.

6. On February 17, 2023, Plaintiff produced his first and only set of documents in response to Zuffa's RFPs, which consisted of sixteen documents totaling thirty-six pages. The production included (a) Plaintiff's engagement agreement with counsel; (b) a subpoena to Facebook and related correspondence with Facebook's counsel; (c) documents reflecting Plaintiff's Fight Pass subscription payments or cancellations; and (d) a single screenshot from an unspecified Facebook account.

7. On March 8, 2023, the parties met and conferred telephonically for a second time.

8. On March 9, 2023, Plaintiff's counsel followed up with a response letter to Zuffa. The letter stated that Plaintiff intended to supplement his discovery responses. Plaintiff ultimately only identified a single Facebook ID. Attached as **Exhibit E** is a true and correct, redacted copy of this letter.

9. On April 7, 2023, Zuffa responded to Plaintiff's letter once again requesting that Plaintiff produce the documents and information at issue by April 14, 2023. Attached as **Exhibit F** is a true and correct copy of this letter. Plaintiff did not agree to produce additional discovery in response to Zuffa's request.

10. On April 25, 2023, Plaintiff filed a Motion to Compel against Meta Platforms, Inc. ("Meta") in the Northern District of California seeking, among other things, Meta's records relating to Plaintiff's Off-Facebook Activity. *See In re Subpoena to Meta Platform, Inc.*, Case No. 3:23-mc-80127-LJC, ECF No. 1. According to email correspondence that Plaintiff's counsel forwarded to Zuffa from Meta's counsel, the earliest date for which Meta has potentially responsive Pixel event data is June 19, 2021.

11. In an effort to avoid burdening the Court, Zuffa's counsel engaged in subsequent meet and confer discussions with Plaintiff's counsel by email and phone between June 16, 2023 and June 23, 2023, during which Zuffa's counsel reemphasized that Plaintiff's refusal to produce

the documents at issue is improper, especially in light of Plaintiff's motion for class certification and motion to compel related information from Facebook. Zuffa noted that Plaintiff's refusal to provide this information was prejudicing Zuffa's ability to litigate this matter. Ultimately, none of the issues originally raised in Zuffa's February 15 letter were resolved, which necessitated the filing of this motion.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 23rd day of June at Los Angeles, California.

*/s/ Ali R. Rabbani*

ALI R. RABBANI

*Bloom, et al. v. Zuffa, LLC, et al.*
USDC of Nevada Case No. 2:22-cv-00412-RFB-BNW

| TAB | Document | Exhibit | Page |
|---|---|---|---|
| 1 | Declaration of Ali Rabbani in Support of Defendant Zuffa, LLC's Motion to Compel | Exhibit A –Plaintiff *Everett Bloom's* Responses and Objections to Defendant *Zuffa*, *LLC's* First Set of Requests for Production | 2 |
| | | Exhibit B – Plaintiff *Everett Bloom's* Responses and Objections to Defendant *Zuffa LLC's* First Set of Interrogatories | 43 |
| | | Exhibit C - March 1, 2023 Email from Plaintiff *Everett Bloom* to Defendant *Zuffa, LLC* | 58 |
| | | Exhibit D - February 15, 2023 Letter from Defendant *Zuffa, LLC* to Plaintiff *Everett Bloom* | 68 |
| | | Exhibit E - February 17, 2023 Production by Plaintiff *Everett Bloom* and Cover Email | 78 |
| | | Exhibit F - March 9, 2023 Letter from Plaintiff *Everett Bloom* to Defendant *Zuffa, LLC* | 83 |