# EXHIBIT C

March 1, 2023 Email from Plaintiff *Everett Bloom* to Defendant *Zuffa, LLC*

**From:** Anthony Patek
**To:** Balitzer, Stephanie
**Cc:** Todd Kennedy; Leader, Susan; Jih, Victor; Colby Williams; David Markman; ufc; Rabbani, Ali; Yin, Kelly
**Subject:** Re: Bloom v Zuffa: follow up regarding discovery meet-and-confer
**Date:** Wednesday, March 1, 2023 12:44:40 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png

---

EXT - anthony@gutridesafier.com

---

Hi Stephanie -

Thank you for confirming the pixel function. We will continue to work through the exact wording with you.

I believe the March 14th date for Travis Santypal is acceptable; we can send a new notice with that date. Although not previously discussed, we presume that a Zoom deposition is acceptable. Please let us know if you believe an in-person deposition is required.

With respect to the production, we are working on getting additional documents from the plaintiff to address the concerns Zuffa raised, particularly with regard to Facebook history and settings. I am happy to meet and confer again next week to discuss (any day/time except Tuesday between 10:00 a.m. and Noon), but it might make sense to give us a little more time in hopes we can get you a supplemental production that will moot the issue. Let me know which you prefer.

Also, we did meet and confer with FB re: the subpoena we issued to them, and we are hoping to get a production of Plaintiff Bloom's viewing history as relates to Zuffa's FB pixel from them, limited to the proposed class period. They tentatively agreed to that, but we are waiting on confirmation once they've looked into whether that can be pulled. We will of course produce that to Zuffa if and when we get it. I don't have a hard date, but we informed them we have a mediation upcoming, and they expressed a willingness to get us information before that date if possible.

Regards,

**Anthony J. Patek**

Gutride Safier LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
anthony@gutridesafier.com
Ph: (415) 639-9090
M: (415) 505-6226

On Fri, Feb 24, 2023 at 7:09 PM Balitzer, Stephanie <sbalitzer@wsgr.com> wrote:

> Todd—First, we will confirm that the Pixel code was used site-wide and did not vary depending on the video page. We will have to work through the exact wording and form of that confirmation after talking to the client, but I think we should be able to solve this

problem. We will also make sure to produce any Pixel code for other Pixel IDs that were used during the relevant period, if they haven't been produced.

Second, Zuffa will designate Travis Santypal as its 30(b)(6) witness (subject to our forthcoming objections to Plaintiff's deposition notice). We propose that Plaintiff take Travis's deposition on March 14, in advance of our mediation at the end of the month, and that the parties schedule Kristen Banks's deposition after mediation if necessary. Her deposition should not be necessary for the mediation and it makes more sense to do it after if the case doesn't settle.

As for the deficiencies in Plaintiff's discovery to date, the production did not resolve the issues in our February 15 letter. Please let us know your availability early next week to meet and confer regarding Plaintiff's discovery responses. Thank you.

**Stephanie Balitzer (she/her) | Associate| Wilson Sonsini Goodrich & Rosati**
1900 Avenue of the Stars, Floor 28 | Los Angeles, CA 90067 | direct: 424.446.6912 | mobile: 213.716.4053 |
sbalitzer@wsgr.com

---

**From:** Todd Kennedy <todd@gutridesafier.com>
**Sent:** Wednesday, February 22, 2023 9:23 PM
**To:** Balitzer, Stephanie <sbalitzer@wsgr.com>
**Cc:** Anthony Patek <anthony@gutridesafier.com>; Leader, Susan <sleader@wsgr.com>; Jih, Victor <vjih@wsgr.com>; Colby Williams <jcw@cwlawlv.com>; David Markman <David@markmanlawfirm.com>; ufc <ufc@gutridesafier.com>; Rabbani, Ali <arabbani@wsgr.com>; Yin, Kelly <kyin@wsgr.com>
**Subject:** Bloom v Zuffa: follow up regarding discovery meet-and-confer

EXT - todd@gutridesafier.com

---

Counsel,

Thank you for meeting and conferring with us last Wednesday. We felt that it was a productive conference, and we appreciate your willingness to work through the discovery issues with us.

During the meet-and-confer, we discussed the production of Defendant's source code for the Fight Pass website. As I explained, because Defendants have not produced separate source code files for each video url on the Fight Pass website, Plaintiff may find it necessary to seek an on-site inspection of the source code of the entire website (i.e., all versions of the website that were active during the class period). In order to avoid such an inspection, however, you agreed to consider entering into a written stipulation. Plaintiff proposes the following stipulation:

**Plaintiff and Defendant agree and stipulate that:**

1. **During the entirety of the Class Period, the Fight Pass Website was configured to**

**cause all users' browsers to load Facebook pixel nos. [redacted], [redacted], and [redacted] whenever the user loaded a page on the Fight Pass Website containing video.**

2. **During the entirety of the Class Period, whenever a user's browser loaded Facebook pixel no. [redacted], [redacted], or [redacted], the user's browser would send to Facebook the title of any video that the user viewed on the Fight Pass Website.**

Will Defendant agree to this stipulation? If not, we would be happy to consider your revisions.

Second, we discussed the fact that Defendant had not produced all documents regarding all three Facebook pixels that were active on the Fight Pass website during the Class Period (i.e., nos. [redacted], [redacted], and [redacted]). You stated that you would determine whether Defendant is willing to do so.

Finally, regarding the Rule 30(b)(6) and noticed fact depositions of Defendant, you stated that you expected these depositions to go forward in mid-March. Would you please provide your witnesses' availability, so that we can make arrangements?

We would appreciate hearing from you regarding these issues by the close of business Friday.

As for the issues you raised regarding Plaintiff's production, we followed up by producing documents to you. Please let us know whether our production resolved your concerns, as we would like to make sure you have the information you need prior to our mediation.

Best regards,

Todd Kennedy

Gutride Safier LLP

100 Pine Street, Suite 1250

San Francisco, CA 94111

(415) 789-6390

www.gutridesafier.com

On Wed, Feb 15, 2023 at 2:04 PM, Stephanie Balitzer <sbalitzer@wsgr.com> wrote:

> Counsel – in advance of our call this afternoon, please see the attached letter regarding Plaintiff’s responses to Zuffa’s first sets of interrogatories and requests for production. Thank you.
>
> **Stephanie Balitzer (she/her) | Associate| Wilson Sonsini Goodrich & Rosati**
>
> 1900 Avenue of the Stars, Floor 28 | Los Angeles, CA 90067 | direct: 424.446.6912 | mobile: 213.716.4053 | sbalitzer@wsgr.com

**From:** Balitzer, Stephanie

**Sent:** Monday, February 13, 2023 12:01 PM

**To:** Anthony Patek <anthony@gutridesafier.com>

**Cc:** Leader, Susan <sleader@wsgr.com>; Jih, Victor <vjih@wsgr.com>; Colby Williams <jcw@cwlawlv.com>; David Markman <David@markmanlawfirm.com>; ufc <ufc@gutridesafier.com>; Todd Kennedy <todd@gutridesafier.com>; Rabbani, Ali <arabbani@wsgr.com>

**Subject:** RE: Bloom v Zuffa - Meet and Confer Request

Thanks Anthony, Wednesday at 3 p.m. works on our end too. I'll circulate a link.

**Stephanie Balitzer (she/her) | Associate| Wilson Sonsini Goodrich & Rosati**

1900 Avenue of the Stars, Floor 28 | Los Angeles, CA 90067 | direct: 424.446.6912
| mobile: 213.716.4053 | sbalitzer@wsgr.com

**From:** Anthony Patek <anthony@gutridesafier.com>

**Sent:** Monday, February 13, 2023 11:50 AM

**To:** Balitzer, Stephanie <sbalitzer@wsgr.com>

**Cc:** Leader, Susan <sleader@wsgr.com>; Jih, Victor <vjih@wsgr.com>; Colby Williams <jcw@cwlawlv.com>; David Markman <David@markmanlawfirm.com>;

ufc <ufc@gutridesafier.com>; Todd Kennedy <todd@gutridesafier.com>; Rabbani, Ali <arabbani@wsgr.com>

**Subject:** Re: Bloom v Zuffa - Meet and Confer Request

EXT - anthony@gutridesafier.com

Hi Stephanie -

Wednesday afternoon should work. I have a hearing in San Jose late morning, but I should be

back in the office if you can do a 3:00 call.

Does that work for you?

**Anthony J. Patek**

Gutride Safier LLP

100 Pine Street, Suite 1250

San Francisco, CA 94111

anthony@gutridesafier.com

Ph: (415) 639-9090

M: (415) 505-6226

On Fri, Feb 10, 2023 at 5:10 PM Balitzer, Stephanie <sbalitzer@wsgr.com> wrote:

Anthony,

We are available to meet and confer regarding Plaintiff's Request for Production No. 28 on Wednesday, February 15; however, we dispute your assertion that Zuffa's production is deficient.

At that meet and confer, we'd like to tie in a discussion regarding Plaintiff's responses to Zuffa's first sets of interrogatories and requests for production. Our forthcoming letter will lay out the specific issues, but as a starting point, Plaintiff has

objected to the vast majority of Zuffa's requests on indefensible grounds, and Plaintiff has not yet produced any of the documents he agreed to in his discovery responses.

**Stephanie Balitzer (she/her) | Associate| Wilson Sonsini Goodrich & Rosati**

1900 Avenue of the Stars, Floor 28 | Los Angeles, CA 90067 | direct: 424.446.6912 | mobile: 213.716.4053 | sbalitzer@wsgr.com

---

**From:** Anthony Patek <anthony@gutridesafier.com>

**Sent:** Friday, February 10, 2023 11:18 AM

**To:** Balitzer, Stephanie <sbalitzer@wsgr.com>

**Cc:** Leader, Susan <sleader@wsgr.com>; Jih, Victor <vjih@wsgr.com>; Colby Williams <jcw@cwlawlv.com>;

David Markman <David@markmanlawfirm.com>; ufc <ufc@gutridesafier.com>; Todd Kennedy <todd@gutridesafier.com>;

Rabbani, Ali <arabbani@wsgr.com>

**Subject:** Re: Bloom v Zuffa - Meet and Confer Request

EXT - anthony@gutridesafier.com

---

Hi Stephanie -

Just pinging you on this as well. Do you have dates and times of availability to meet and confer between now and Feb. 16?

Thanks,

**Anthony J. Patek**

Gutride Safier LLP

100 Pine Street, Suite 1250

San Francisco, CA 94111

anthony@gutridesafier.com

Ph: (415) 639-9090

M: (415) 505-6226

On Thu, Feb 9, 2023 at 10:30 AM Anthony Patek <anthony@gutridesafier.com> wrote:

> Stephanie -
>
> I write to request a meet and confer regarding Plaintiff's Request for Production No. 28, which requires "A copy of the software code for each version of FIGHT PASS WEBSITE from 2017 to present," and related Requests for Production Nos. 26-27 & 29. Despite our earlier meet-and-confer regarding this RFP, Defendant still has not produced the requested code.
>
> As you know, this case involves consumer data that was sent to Facebook when consumers accessed webpages containing video on Defendant's Fight Pass website. As you also know, the video webpages include all Fight Pass webpages that begin with the url prefix "https://ufcfightpass.com/video/".
> Here are some examples of urls of video webpages that exist on the Fight Pass website today:
>
> - https://ufcfightpass.com/video/435413/ufc-282-blachowicz-vs-ankalaev

- https://ufcfightpass.com/video/96949/felicia-spencer-vs-megan-anderson-ufc-fight-night

- https://ufcfightpass.com/video/425034/paddy-pimblett-vs-jared-gordon-ufc-282

- https://ufcfightpass.com/video/424967/billy-quarantillo-vs-alexander-hernandez-ufc-282

Additionally, ZUFFA0000008-ZUFFA0000031 lists the activity history of Plaintiff Everett Bloom, [redacted].

On December 20, 2022, we met and conferred regarding Defendant's failure to produce the requested source code. During the meet and confer, I notified you that Defendant's production of software code was deficient, and that that Defendants must produce all relevant html code responsive to Plaintiff's RFPs, as well as all html code that performed the data transfer to Facebook identified in the Complaint. You stated that your client would search for and produce additional software code. Afterwards, Defendants produced a small amount of software code, but Defendants have not yet produced the code we seek.

In particular, for each and every video webpage, Defendant must produce:

-- All versions of the HTML file(s) and templates that existed during the class period, including, specifically, the html files corresponding to the web pages and VOD activity identified above. To be clear, Defendant must produce the code for each and every Fightpass webpage that contained video, including all Fightpass webpages with urls beginning in 'https://ufcfightpass.com/video/

-- All versions of software code that was caused to be loaded when the HTML files were loaded, including, without limitation, Zuffa and third-party Javascript files.

In addition, Defendant's production of documents relating to the pixels it uses are also deficient. While Defendant produced

what appear to be the code and screenshots of the Facebook Events Manager settings page for pixel ID [redacted] (also identified as pixel ID [redacted]), it has provided no other documents that pertain to the pixel. Furthermore, Plaintiff has failed to produce the pixel code of Facebook Events Manager settings for Pixel IDs [redacted]), [redacted], or [redacted] Defendant should produce the code for each of these pixels and the related specifications, settings, and documentation (which are responsive to RFPs 26 ("DOCUMENTS sufficient to show the EVENTS AND/OR categories of SUBSCRIBER DATA transmitted to FACEBOOK. . ."), 27("ALL DOCUMENTS RELATED to transmission of PLAINTIFF'S SUBSCRIBER DATA to FACEBOOK in connection with PLAINTIFF'S use of the UFC FIGHT PASS or the FIGHT PASS WEBSITE . . .") & 29("For each version of the FIGHT PASS WEBSITE from 2017 to present, ALL specifications, summaries, and user manuals that RELATE TO that version of the FIGHT PASS WEBSITE software code")).

Please let me know when you are available to meet and confer this week and next week.

**Anthony J. Patek**

Gutride Safier LLP

100 Pine Street, Suite 1250

San Francisco, CA 94111

anthony@gutridesafier.com

Ph: (415) 639-9090

M: (415) 505-6226

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If

you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any

copies of this email and any attachments thereto.