# [PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S MOTION TO COMPEL PLAINTIFF EVERETT BLOOM TO PRODUCE ADDITIONAL DOCUMENTS AND INTERROGATORY RESPONSES

**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN K. LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE V. BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendant* Zuffa, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,

Plaintiffs,

v.

ZUFFA, LLC; ENDEAVOR STREAMING, LLC and ENDEAVOR GROUP HOLDINGS, INC.

Defendants.

Case No.: 2:22-cv-00412-RFB-BNW

**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S MOTION TO COMPEL PLAINTIFF EVERETT BLOOM TO PRODUCE ADDITIONAL DOCUMENTS AND INTERROGATORY RESPONSES**

The Court, having read and considered all of the papers submitted in support of Defendant Zuffa, LLC's ("Zuffa") Motion to Compel Plaintiff Everett Bloom to Produce Additional Documents and Interrogatory Responses ("Motion") and in opposition thereto, the oral arguments of counsel, and good cause appearing therefor,

IT IS ORDERED:

1. That Zuffa's Motion is GRANTED;

2. Plaintiff Everett Bloom must search for and produce documents in response to Zuffa's First Set of Requests for Production, Nos. 6-15, 17, 22-25, 34, 36, and 39-40; and

3. Plaintiff Everett Bloom must provide complete and fulsome responses to Zuffa's First Set of Interrogatories, Nos. 1-8.

DATED:

July ___, 2023

By: ________________________________________

Hon. Brenda Weksler