**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN K. LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE V. BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendants*
Zuffa, LLC, Endeavor Streaming, LLC,
and Endeavor Group Holdings, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC; ENDEAVOR STREAMING, LLC and ENDEAVOR GROUP HOLDINGS, INC.<br><br>Defendants. | Case No.: 2:22-cv-00412-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**(Second Request)** |

Pursuant to LR 7-1 and LR IA 6-1, Plaintiffs Everett Bloom, Jack Graham, and Dave Lindholm (collectively, "Plaintiffs") and Defendants Zuffa, LLC, Endeavor Streaming, LLC, and Endeavor Group Holdings, Inc. (collectively, "Defendants") (together, the "Parties") hereby stipulate to extend the time in which Defendants may answer the First Amended Class Action Complaint (ECF No. 47). As noted below, this is the Parties' second stipulation regarding Defendants' time to answer or otherwise respond to the FAC.

WHEREAS, on May 29, 2023, Plaintiffs filed their First Amended Class Action Complaint ("FAC") against Defendants (ECF No. 47);

WHEREAS, pursuant to the Parties' prior stipulation and the Court's order, Defendants' deadline to answer or otherwise respond to the FAC is June 28, 2023 (ECF No. 46);

WHEREAS, on June 28, 2023, Defendants intend to file a motion to dismiss the claims asserted against Endeavor Streaming, LLC and Endeavor Group Holdings, Inc. (but not Zuffa, LLC) in the FAC;

WHEREAS, the Parties have agreed that party and judicial efficiency would be best served by extending the deadline for all Defendants to file a consolidated answer to the FAC until after the Court's ruling on the anticipated motion to dismiss;

THEREFORE, the Parties hereby stipulate and agree as follows:

Defendants' deadline to answer the FAC shall be extended until 30 days after the Court's ruling on Defendants Endeavor Streaming, LLC and Endeavor Group Holdings, Inc.'s anticipated motion to dismiss the FAC, unless otherwise ordered by the Court.

Dated: June 26, 2023        By:  /s/ Susan K. Leader
                                 Susan K. Leader
                                 Ali R. Rabbani
                                 Stephanie V. Balitzer
                                 PAUL HASTINGS LLP
                                 1999 Avenue of the Stars, 27th Floor
                                 Los Angeles, California 90067
                                 Telephone: (310) 620-5700
                                 Facsimile: (310) 620-589

                                 *Attorneys for Defendants*

| | |
|---|---|
| Dated: June 26, 2023 | By:    */s/ Anthony J. Patek*<br>Anthony J. Patek<br>Seth A. Safier<br>Marie A. McCrary<br>Kali Backer<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111<br><br>*Attorneys for Plaintiffs* |

          **ORDER**
**IT IS SO ORDERED**

**DATED:** 11:39 am, June 28, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**