| | |
|---|---|
| **MARKMAN LAW** <br> DAVID MARKMAN (Nev. Bar. No. 12440) <br> David@Markmanlawfirm.com <br> 4484 S. Pecos Rd., Suite #130 <br> Las Vegas, Nevada 89121 <br> Telephone: (702) 843-5899 <br> Facsimile: (702) 843-6010 | **CAMPBELL & WILLIAMS** <br> J. COLBY WILLIAMS (Nev. Bar No. 5549) <br> jcw@cwlawlv.com <br> 710 South Seventh Street, Suite A <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 382-5222 <br> Facsimile: (702) 382-0540 |
| **GUTRIDE SAFIER LLP** <br> SETH A. SAFIER (admitted *pro hac vice*) <br> seth@gutridesafier.com <br> MARIE A. MCCRARY (admitted *pro hac vice*) <br> marie@gutridesafier.com <br> HAYLEY REYNOLDS (admitted *pro hac vice*) <br> hayley@gutridesafier.com <br> ANTHONY J. PATEK (admitted *pro hac vice*) <br> anthony@gutridesafier.com <br> KALI BACKER (admitted *pro hac vice*) <br> kali@gutridesafier.com <br> 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 <br> Telephone: (415) 336-6545 <br> Facsimile: (415) 449-6469 | **PAUL HASTINGS LLP** <br> SUSAN K. LEADER (admitted *pro hac vice*) <br> susanleader@paulhastings.com <br> ALI R. RABBANI (admitted *pro hac vice*) <br> alirabbani@paulhastings.com <br> STEPHANIE V. BALITZER (admitted *pro hac vice*) <br> stephaniebalitzer@paulhastings.com <br> 1999 Avenue of the Stars, 27th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 620-5700 <br> Facsimile: (310) 620-5899 <br><br> *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ZUFFA, LLC; ENDEAVOR STREAMING, LLC; and ENDEAVOR GROUP HOLDINGS, INC. <br><br> Defendants. | Case No.: 2:22-cv-00412-RFB-BNW <br><br> **JOINT STIPULATION TO EXTEND MOTION TO COMPEL BRIEFING SCHEDULE AND [PROPOSED] ORDER** <br><br> **(First Request)** |

1    Pursuant to LR 7-1 and LR IA 6-1, Plaintiffs Everett Bloom, Jack Graham, and Dave
2    Lindholm (collectively, "Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (together, the
3    "Parties") hereby stipulate to extend the briefing schedule on Zuffa's Motion to Compel, which
4    was filed on June 23, 2023.  This is the Parties' first stipulation regarding the Motion to Compel
5    briefing schedule.
6    WHEREAS, on December 5, 2022, Zuffa served its First Set of Requests for Production
7    and Interrogatories on Plaintiff Bloom;
8    WHEREAS, on May 29, 2023, Plaintiffs filed the First Amended Class Action
9    Complaint ("FAC") (ECF No. 47), adding Plaintiffs Jack Graham and Dave Lindholm;
10   WHEREAS, on June 2, 2023, Zuffa served discovery requests on new Plaintiffs Graham
11   and Lindholm;
12   WHEREAS, on June 23, 2023, after numerous meet and confers between the Parties,
13   Zuffa filed a Motion to Compel Discovery from Plaintiff Everett Bloom (ECF No. 57);
14   WHEREAS, Plaintiffs' current deadline to file an Opposition to the Motion to Compel is
15   July 7, 2023, and Zuffa's current deadline to file a Reply Brief is July 14, 2023;
16   WHEREAS, due to a family emergency, Plaintiffs' counsel Kali Backer has been away
17   on an extended absence during the time Zuffa's Motion to Compel has been pending, leaving
18   Plaintiffs' counsel short-staffed;
19   WHEREAS, Plaintiffs' counsel have represented they will make a good faith attempt to
20   produce additional documents and information responsive to some of Zuffa's discovery
21   requests;
22   WHEREAS, Zuffa maintains that it requires full and complete responses to each and
23   every discovery request, as explained in its Motion to Compel;
24   WHEREAS, the Parties are discussing a potential resolution of at least portions of the
25   Motion to Compel, which may narrow the discovery issues to be addressed with respect to all
26   Plaintiffs;
27   WHEREAS, the Parties have met and conferred and agree that Plaintiffs' deadline to file
28   an Opposition to the Motion to Compel should be extended by ten days (i.e., to July 17, 2023),

and Zuffa's deadline to file a Reply Brief should be extended by four days to a total of eleven days from the date of the Opposition (i.e., to July 28, 2023).

**THEREFORE**, the Parties hereby stipulate and agree that the briefing schedule on Zuffa's Motion to Compel shall be extended as follows:

- Plaintiffs' Opposition to the Zuffa's Motion to Compel will be due by July 17, 2023;
- Zuffa's Reply Brief in Support of its Motion to Compel will be due by July 28, 2023; and
- Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or defenses, including, without limitation, jurisdictional defenses.

STIPULATED AND AGREED to this 6th day of July 2023.

| By: _/s/ Anthony J. Patek/_ | By: _/s/ Ali Rabbani/_ |
|---|---|
| **GUTRIDE SAFIER LLP** | **PAUL HASTINGS LLP** |
| Seth A. Safier | Susan K. Leader |
| Marie A. McCrary | Ali R. Rabbani |
| Hayley Reynolds | Stephanie V. Balitzer |
| Anthony J. Patek | 1999 Avenue of the Stars, 27th Floor |
| Kali Backer | Los Angeles, California 90067 |
| 100 Pine Street, Suite 1250 | Telephone: (310) 620-5700 |
| San Francisco, California 94111 | Facsimile: (310) 620-589 |
| | |
| **MARKMAN LAW** | **CAMPBELL & WILLIAMS** |
| DAVID MARKMAN (Nev. Bar. No. 12440) | J. COLBY WILLIAMS (Nev. Bar No. 5549) |
| David@Markmanlawfirm.com | jcw@cwlawlv.com |
| 4484 S. Pecos Rd., Suite #130 | 710 South Seventh Street, Suite A |
| Las Vegas, Nevada 89121 | Las Vegas, Nevada 89101 |
| Telephone: (702) 843-5899 | Telephone: (702) 382-5222 |
| Facsimile: (702) 843-6010 | Facsimile: (702) 382-0540 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of July, 2023.