| | |
|---|---|
| **MARKMAN LAW** <br> DAVID MARKMAN (Nev. Bar. No. 12440) <br> David@Markmanlawfirm.com <br> 4484 S. Pecos Rd., Suite #130 <br> Las Vegas, Nevada 89121 <br> Telephone: (702) 843-5899 <br> Facsimile: (702) 843-6010 | **CAMPBELL & WILLIAMS** <br> J. COLBY WILLIAMS (Nev. Bar No. 5549) <br> jcw@cwlawlv.com <br> 710 South Seventh Street, Suite A <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 382-5222 <br> Facsimile: (702) 382-0540 |
| **GUTRIDE SAFIER LLP** <br> SETH A. SAFIER (admitted *pro hac vice*) <br> seth@gutridesafier.com <br> MARIE A. MCCRARY (admitted *pro hac vice*) <br> marie@gutridesafier.com <br> HAYLEY REYNOLDS (admitted *pro hac vice*) <br> hayley@gutridesafier.com <br> ANTHONY J. PATEK (admitted *pro hac vice*) <br> anthony@gutridesafier.com <br> KALI BACKER (admitted *pro hac vice*) <br> kali@gutridesafier.com <br> 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 <br> Telephone: (415) 336-6545 <br> Facsimile: (415) 449-6469 | **PAUL HASTINGS LLP** <br> SUSAN K. LEADER (admitted *pro hac vice*) <br> susanleader@paulhastings.com <br> ALI R. RABBANI (admitted *pro hac vice*) <br> alirabbani@paulhastings.com <br> STEPHANIE V. BALITZER (admitted *pro hac vice*) <br> stephaniebalitzer@paulhastings.com <br> 1999 Avenue of the Stars, 27th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 620-5700 <br> Facsimile: (310) 620-5899 <br><br> *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ZUFFA, LLC; ENDEAVOR STREAMING, LLC; and ENDEAVOR GROUP HOLDINGS, INC. <br><br> Defendants. | Case No.: 2:22-cv-00412-RFB-BNW <br><br> **JOINT STIPULATION TO EXTEND MOTION TO DIMISS BRIEFING SCHEDULE AND [PROPOSED] ORDER** <br><br> **(First Request)** |

1    Pursuant to LR 7-1 and LR IA 6-1, Plaintiffs Everett Bloom, Jack Graham, and Dave
2 Lindholm (collectively, "Plaintiffs") and Defendants Endeavor Streaming, LLC and Endeavor
3 Group Holdings, Inc. (collectively, the "Endeavor Defendants") (together, the "Parties") hereby
4 stipulate to extend the briefing schedule on the Endeavor Defendants' Motion to Dismiss, which
5 was filed on June 28, 2023.  This is the Parties' first stipulation regarding the Motion to Dismiss
6 briefing schedule.
7    WHEREAS, on May 29, 2023, Plaintiffs filed the First Amended Class Action
8 Complaint ("FAC") (ECF No. 47);
9    WHEREAS, on June 28, 2023, the Endeavor Defendants filed a Motion to Dismiss the
10 claims asserted against them in the FAC (ECF No. 60);
11    WHEREAS, Plaintiffs' current deadline to file an Opposition to the Motion to Dismiss is
12 July 12, 2023, and the Endeavor Defendants' current deadline to file a Reply Brief in Support of
13 Motion to Dismiss is July 19, 2023;
14    WHEREAS, Plaintiffs believe additional time is necessary due to a family emergency
15 that required the absence of Plaintiffs' counsel Kali Backer for several weeks, leaving Plaintiffs'
16 counsel short-staffed;
17    WHEREAS, Plaintiffs' counsel has requested and Zuffa's counsel has agreed that
18 Plaintiffs' deadline to file an Opposition should be extended by two weeks to a total of four
19 weeks from the date of the Motion to Dismiss (i.e., to July 26, 2023), and the Endeavor
20 Defendants' deadline to file a Reply Brief should be extended by two weeks to a total of three
21 weeks from the date of the Opposition (i.e., to August 16, 2023).
22    **THEREFORE**, the Parties hereby stipulate and agree that the briefing schedule on the
23 Endeavor Defendants' Motion to Dismiss shall be extended as follows:
24    - Plaintiffs' Opposition to the Endeavor Defendants' Motion to Dismiss will be due by
25      July 26, 2023;
26    - The Endeavor Defendants' Reply Brief in Support of the Motion to Dismiss will be
27      due by August 16, 2023; and
28

- 2 -

- Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or defenses, including, without limitation, jurisdictional defenses.

STIPULATED AND AGREED to this 10th day of July 2023.

| By: /s/ Anthony J. Patek/ | By: /s/ Ali Rabbani/ |
|---|---|
| **GUTRIDE SAFIER LLP**<br>Seth A. Safier<br>Marie A. McCrary<br>Hayley Reynolds<br>Anthony J. Patek<br>Kali Backer<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111<br><br>**MARKMAN LAW**<br>DAVID MARKMAN (Nev. Bar. No. 12440)<br>David@Markmanlawfirm.com<br>4484 S. Pecos Rd., Suite #130<br>Las Vegas, Nevada 89121<br>Telephone: (702) 843-5899<br>Facsimile: (702) 843-6010<br><br>*Attorneys for Plaintiffs* | **PAUL HASTINGS LLP**<br>Susan K. Leader<br>Ali R. Rabbani<br>Stephanie V. Balitzer<br>1999 Avenue of the Stars, 27th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 620-5700<br>Facsimile: (310) 620-589<br><br>**CAMPBELL & WILLIAMS**<br>J. COLBY WILLIAMS (Nev. Bar No. 5549)<br>jcw@cwlawlv.com<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of July, 2023.