# DECLARATION OF STEPHANIE BALITZER

**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN K. LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE V. BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendant*
ZUFFA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC; ENDEAVOR STREAMING, LLC and ENDEAVOR GROUP HOLDINGS, INC.<br><br>Defendants. | Case No.: 2:22-cv-00412-RFB-BNW<br><br>**DECLARATION OF STEPHANIE BALITZER IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF MOTION TO COMPEL** |

I, Stephanie Balitzer, declare as follows:

1. I am an attorney with Paul Hastings LLP, counsel of record for Defendant Zuffa, LLC ("Zuffa"). This declaration is submitted in support of the Reply in Support of Defendant Zuffa, LLC's Motion to Compel Plaintiff Everett Bloom to Produce Additional Documents and Interrogatory Responses. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. On July 20, 2023—after Zuffa filed its Motion to Compel—Plaintiff Everett Bloom ("Plaintiff Bloom") produced additional documents in response to Zuffa's First Set of Requests for Production of Documents ("Requests for Production" or "RFPs"). Only 17 of those documents related specifically to Plaintiff Bloom. Further, those 17 documents did not fully resolve the issues addressed in Zuffa's Motion to Compel.

3. On July 21, 2023, the parties met and conferred telephonically regarding several of the outstanding deficiencies in Plaintiff Bloom's discovery responses.

4. On July 28, 2023, I sent Plaintiffs' counsel an email further detailing the shortcomings in Plaintiff Bloom's discovery responses, which were raised in Zuffa's Motion to Compel, and that remained as of that date.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 28th day of July at Los Angeles, California.

*/s/ Stephanie Balitzer*
STEPHANIE V. BALITZER