**MARKMAN LAW**
DAVID MARKMAN (Nevada Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (*pro hac vice*)
seth@gutridesafier.com
MARIE A. MCCRARY (*pro hac vice*)
marie@gutridesafier.com
HAYLEY REYNOLDS (*pro hac vice*)
hayley@gutridesafier.com
ANTHONY PATEK (*pro hac vice*)
anthony@gutridesafier.com
KALI BACKER (*pro hac vice*)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR NEVADA**

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC; ENDEAVOR STREAMING, LLC and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants | CASE NO. 2:22-cv-00412-RFB-BNW<br><br>**DECLARATION OF ANTHONY PATEK** |

I, Anthony Patek, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* to practice law before this Court. I have personal knowledge of the facts contained in this declaration and, if I were called as a witness, I could and would competently testify to the same. I submit this Declaration in support of Plaintiffs-in-Intervention's Motion to Intervene. In particular, this Declaration supports Plaintiffs' request to add New Plaintiff Juan Lozano as an additional plaintiff and class representative.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a proposed Consolidated Second Amended Complaint.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a redlined document comparing the proposed Consolidated Second Amended Complaint to Plaintiffs First Amended Complaint.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the declaration of Juan Lozano.

5. I am an attorney with the law firm Gutride Safier LLP. Adam Gutride and Seth Safier founded GSLLP in 2005. Collectively, Mr. Gutride and Mr. Safier have more than 40 years of experience in litigating class action cases in state and federal courts throughout the United States.

6. Attached to this declaration as **Exhibit A** is the firm resume for GSLLP. The resume includes examples of GSLLP's representation of consumers and small businesses in Ninth Circuit appeals and District Courts, and state courts throughout the United States. It also identifies the certification appointments and settlements that GSLLP attorneys have achieved in class actions. The background and experience of each of our attorneys is also provided. Finally, in the appendix, the resume identifies each of the cases in which the firm has been appointed class counsel and the putative class action cases in which the firm is currently representing clients.

7. To date, GSLLP has spent considerable time and effort litigating this matter on behalf of Current Plaintiffs and it will continue to commit considerable resources to the ongoing prosecution of this action on behalf of both Current Plaintiffs and New Plaintiff. GSLLP has investigated the factual and legal basis of Current Plaintiffs' and New Plaintiff's claims; drafted and filed the complaint and amended complaint; reviewed documents produced in this matter; drafted and served discovery requests and responses; served documents and negotiated production of documents; and engaged in mediation.

8. GSLLP has the necessary financial resources to adequately and vigorously litigate this action. For example, during the last nine months, GSLLP has filed two motions for preliminary approval of class action settlements and I anticipate that those settlements will be finally approved and GSLLP will receive substantial fee awards. *See, e.g.*, *Marek v. Molson Coors Beverage Company USA LLC, et al.*, Case No. 3:21-cv-07174-WHO (N.D. Cal.) (Dkt. # 68 & Dkt. #76) (GSLLP seeks an award of $2,500,000 in attorneys' fees to be shared with co-counsel); *Elgindy et al. v. AGA Service Company et al.*, Case No. 4:20-cv-06304-JST (N.D. Cal.) (Dkt. #111) (GSLLP seeks an award of $4,937,500 in attorneys' fees).

9. GSLLP does not have any conflicts that would prevent it from adequately representing the interests of the proposed Classes.

10. Finally, the Current Plaintiffs in this case have remained actively involved throughout the course of this litigation and I am confident that New Plaintiffs will do the same.

11. I am confident that GSLLP could try this case with great professionalism, skill, and zeal.

12. I am not aware of any other individual or class litigation concerning the claims alleged in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 2, 2023

*/s/Anthony J. Patek/*
Anthony J. Patek