# EXHIBIT 3

**MARKMAN LAW**
DAVID MARKMAN (Nevada Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (*pro hac vice*)
seth@gutridesafier.com
MARIE A. MCCRARY (*pro hac vice*)
marie@gutridesafier.com
HAYLEY REYNOLDS (*pro hac vice*)
hayley@gutridesafier.com
ANTHONY PATEK (*pro hac vice*)
anthony@gutridesafier.com
KALI BACKER (*pro hac vice*)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR NEVADA**

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC; ENDEAVOR STREAMING, LLC and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants | CASE NO. 2:22-cv-00412-RFB-BNW<br><br>**DECLARATION OF JUAN LOZANO** |

I, JUAN LOZANO, hereby declare as follows:

1. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge.

2. On or about December 16, 2020, I subscribed to UFC Fight Pass, which included the option to stream content on ufcfightpass.com (the "Fight Pass Website")

3. At the time I subscribed to UFC Fight Pass, I maintained a Facebook profile.

4. Between December 16, 2020 and June 3, 2022, I used the Fight Pass Website to stream on-demand content included in my subscription.

5. At no time did I authorize Defendants to disclose any of my "personally identifiable information" to third parties.

6. At the time my subscription to UFC Fight Pass and use of the Fight Pass Website, I was a resident of San Diego, California and intended to remain a resident of California indefinitely.

7. On or about July 11, 2023, I retained Gutride Safier LLP to represent me with respect to my claims against Defendants.

8. I am prepared to produce documents regarding the above transactions and to appear for deposition about these matters in a manner that will not cause undue delay to the proceedings in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 8/2/2023

DocuSigned by:
Juan Lozano
027D8A84885048D...

Juan Lozano