# DECLARATION OF DAVID SINGER IN SUPPORT OF DEFENDANT *ZUFFA, LLC'S* OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of The Stars
Los Angeles, California  90067
Telephone:  (310) 620-5700
Facsimile:   (310) 620-5899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, ENDEAVOR STREAMING, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | CASE NO. 2:22-cv-00412-RFB-BNW<br><br>**DECLARATION OF DAVID SINGER IN SUPPORT OF DEFENDANT ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

## DECLARATION OF DAVID SINGER

I, David Singer, declare as follows:

1. I am an eDiscovery Project Manager for Zuffa, LLC ("Zuffa"). Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to these facts under oath.

2. Zuffa's default email retention schedule is 90 days for all mailboxes, except sent items (60 days), junk email (15 days), and deleted items (1 day). However, many Zuffa employees are subject to an extended email retention schedule, including at various times the Zuffa custodians in this action—Travis Santypal, Kristen Banks, and Jordan Brown (the "Zuffa Custodians").

3. The extended email retention schedule is 1 year for all mailboxes, except sent items (60 days), junk email (15 days), and deleted items (14 days), after which emails are archived on the server.

4. In addition, Zuffa has a litigation hold in place for this lawsuit to preserve, among other things, emails for the Zuffa Custodians. The litigation hold, which was in effect after the lawsuit was filed, supersedes Zuffa's retention schedules.

5. In connection with discovery in this lawsuit, I assisted with the export of emails and their attachments for each of the Zuffa Custodians. In total, I exported over 600,000 files for the Zuffa Custodians for the date range of March 4, 2018 to June 3, 2022, including over 217,000 for Mr. Santypal, 247,000 for Ms. Banks, and 161,000 for Mr. Brown. These numbers count an email and its attachment(s) as a single file, so they would be higher if separately counting emails and attachments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 1st day of September, 2023, at Los Angeles, California.

*David Singer*
David Singer