**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
1999 Avenue of The Stars
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendant, Zuffa, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, ENDEAVOR STREAMING, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | CASE NO. 2:22-cv-00412-RFB-BNW<br><br>**DEFENDANT ZUFFA, LLC'S STATUS REPORT RE MOTION TO COMPEL (ECF NO. 57)** |

Defendant Zuffa, LLC ("Zuffa") submits this Status Report in response to the Court's September 28, 2023 Minute Order (ECF No. 94) regarding Zuffa's Motion to Compel Plaintiff Everett Bloom to Produce Additional Documents and Interrogatory Responses ("Motion to Compel") (ECF No. 57).

**A. Interrogatory No. 3**

On September 22, 2023, Mr. Bloom served Supplemental Responses to Zuffa's Interrogatories Nos. 3 and 4. In light of Mr. Bloom's Supplemental Responses, Zuffa withdraws its Motion to Compel regarding Interrogatory No. 3. Zuffa notes, however, that Mr. Bloom has not yet provided a verification. Zuffa reserves the right to raise this issue at the October 5, 2023 hearing if Mr. Bloom does not provide his verification before then.

**B. Interrogatory Nos. 6, 7, and 8**

Mr. Bloom still has not provided supplemental responses for Interrogatories Nos. 6-8. With respect to Interrogatory No. 6, Mr. Bloom has failed to identify the Facebook ID for his professional Facebook account. *See* ECF. No. 70 at 5 (identifying only the username ("Everett Bloom Photography") for Mr. Bloom's professional Facebook account). With respect to Interrogatory No. 7, Mr. Bloom has failed to provide the dates his Facebook accounts were created, deleted, or deactivated. With respect to Interrogatory No. 8, Mr. Bloom has failed to provide the requested information regarding his Facebook settings. Therefore, Zuffa respectfully requests that the Court grant Zuffa's Motion to Compel regarding Interrogatories Nos. 6-8.

**C. Requests for Production Nos. 34 and 36**

In light of Mr. Bloom's representation that he has "no documents to produce" (ECF No. 70 at 6), Zuffa withdraws its Motion to Compel regarding Requests for Production Nos. 34 and 36.

**D. Additional Requests**

As noted above, Mr. Bloom provided a Supplemental Response to Interrogatory No. 4, which states:

> Plaintiff has updated his iPhone as new iOS updates have come out. Accordingly, to the extent iOS updates may have contained changes to privacy, cookie, ad or web

browser settings for his iPhone, Plaintiff made those changes around the date of the release of each iOS update.

While this Supplemental Response is an improvement, Zuffa requested similar information regarding all of the devices and web browsers that Mr. Bloom used to access the Fight Pass website, including an Apple MacBook Pro, a custom-made PC, and four different web browsers.

Otherwise, Mr. Bloom has not made any additional productions of documents since Zuffa filed its Reply in Support of the Motion to Compel (ECF No. 72). Nor has Mr. Bloom supplemented any Interrogatory responses beyond those identified above.

DATED: September 29, 2023

**PAUL HASTINGS LLP**

By: *[/s/ Susan Leader]*
Susan Leader
Ali Rabbani
Stephanie Balitzer

*Attorneys for Zuffa, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 29, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List.

*/s/ Susan Leader*
Susan Leader