# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

February 2, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURA JOY EDELSTEIN, #164466 was admitted to the practice of law in this state by the Supreme Court of California on June 8, 1993; that from the date of admission to January 1, 1999, they were an ACTIVE licensee of the State Bar of California; that on January 1, 1999, they transferred at their request to the INACTIVE status; that from that date to August 9, 2000, they were an INACTIVE licensee of the State Bar of California; that on August 9, 2000, they transferred at their request to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records