# DECLARATION OF ALI RABBANI

**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars
Los Angeles, California  90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, ENDEAVOR STREAMING, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | CASE NO. 2:22-cv-00412-RFB-BNW<br><br>**DECLARATION OF ALI R. RABBANI IN SUPPORT OF DEFENDANT ZUFFA, LLC'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Ali R. Rabbani, declare as follows:

1. I am an attorney with Paul Hastings LLP, counsel of record for Defendant Zuffa, LLC ("Zuffa"). This declaration is submitted in support of Zuffa's Sur-Reply in Support of Opposition to Motion for Class Certification. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Zuffa's Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Deposition of Tobias Wooldridge, dated January 25, 2024, which have been designated Highly Confidential under the Stipulated Protective Order in this case.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Supplemental Expert Report of Ron Schnell, dated February 9, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February at Newport Beach, California.


                    */s/ Ali R. Rabbani*
                    ALI R. RABBANI

*Bloom, et al. v. Zuffa, LLC, et al.*
USDC of Nevada | Case No. 2:22-cv-00412-RFB-BNW

Index

| Exhibit | Description | Page |
|---|---|---|
| Declaration of Ali Rabbani in Support of Defendant Zuffa, LLC's Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification | | |
| Exhibit 1 | Zuffa's Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification | 1-5 |
| Exhibit 2 | Excerpts of the Deposition of Tobias Wooldridge, dated January 25, 2024 | 6-29 |
| Exhibit 3 | Supplemental Expert Report of Ron Schnell, dated February 9, 2024 | 30-36 |