# Exhibit 2

Excerpts of the Deposition of Tobias Woolridge, dated January 25, 2024

FILED UNDER SEAL