**MARKMAN LAW**
DAVID MARKMAN (Nevada Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (*pro hac vice*)
seth@gutridesafier.com
MARIE A. MCCRARY (*pro hac vice*)
marie@gutridesafier.com
HAYLEY REYNOLDS (*pro hac vice*)
hayley@gutridesafier.com
ANTHONY PATEK (*pro hac vice*)
anthony@gutridesafier.com
KALI BACKER (*pro hac vice*)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC; ENDEAVOR STREAMING, LLC; and ENDEAVOR GROUP HOLDINGS, INC.., <br><br>Defendants | CASE NO. 2:22-cv-00412-RFB-BNW<br><br>**DECLARATION OF ANTHONY J. PATEK IN SUPPORT OF P;AINTIFFS' RESPONSE TO MOTION FOR LEAVE TO FILE SUR-REPLY AND OPPOSITION TO MOTION TO STRIKE** |

1
Declaration Of Anthony Patek

I, Anthony Patek, declare:

1. I am an attorney licensed to practice law before this Court. I am an attorney with the law firm Gutride Safier LLP. I have personal knowledge of the facts contained in this declaration and, if I were called as a witness, I could and would competently testify to the same.

2. Attached hereto are true and correct copies of the following exhibits obtained from Defendant Zuffa, LLC in discovery in this case:

| Exhibit No. | DESCRIPTION |
|---|---|
| 1. | 2022 Notice of Deposition Subpoena |
| 2. | September Email Renewing Request for Meta Deposition |
| 3. | April Email to Meta re Compromise Production and Continued Deposition Request |
| 4. | October Email Summarizing Meta Deposition |
| 5. | October 18 Emails 2023 Email Proposing Deposition Topics |
| 6. | November 2023 Email re Deposition Topics |
| 7. | November 14, 2023 Email to Meta Requesting Topics and Date |
| 8. | November 28 Email to Meta Requesting Topics and Notifying of Motion to Compel |
| 9. | December 19 2023 Email to Meta re Coordination |
| 10. | December 8 2023 Email to Meta re Deposition Scheduling |
| 11. | December 2023 Email re Deposition Scheduling |
| 12. | January 2 2024 Email re Amended Deposition Notice re Meta |
| 13. | December 1 2023 Email to Zuffa re Meta Desire to Coordinate Depositions |

3. Plaintiffs had no plan to delay the Meta deposition, much less a plan to deny Zuffa an opportunity to discuss that evidence. The sole reason the Meta deposition occurred after Zuffa's opposition to the motion for class certification was Meta's unwillingness to cooperate earlier. Plaintiffs gave notice to Zuffa and served the subpoenas for documents *and deposition testimony* on Meta in December 2022.

4. During the five month period from August 2023 to January 25, 2024, Meta raised multiple legal and logistical hurdles to Plaintiffs' subpoena for deposition testimony. It took several months just to agree to a set of deposition topics. Meta also took the position that, to reduce any unnecessary burdens on it, Plaintiffs must coordinate their deposition with similar deposition subpoenas in other cases involving the Meta pixel. In a good faith attempt to address Meta's objection, Plaintiffs spent almost two months trying unsuccessfully to coordinate their deposition with those of other plaintiffs. It was only in the few weeks immediately prior to the January 25, 2024 deposition in this case that Meta acknowledged coordination with other cases would be

impossible. It was these difficulties—and *only these difficulties*—that caused the delays about which Zuffa complains.

I declare under penalty of perjury under the laws of The United States that the foregoing is true and correct.

Dated: February 20, 2024                           By:/s/Anthony J. Patek/
                                                                         Anthony J. Patek