**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN K. LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
STEPHANIE V. BALITZER (*admitted pro hac vice*)
stephaniebalitzer@paulhastings.com
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,

Plaintiffs,

vs.

ZUFFA, LLC, ENDEAVOR STREAMING, LLC, and ENDEAVOR GROUP HOLDINGS, INC.,

Defendants.

CASE NO. 2:22-cv-00412-RFB-BNW

**DEFENDANTS ENDEAVOR STREAMING, LLC AND ENDEAVOR GROUP HOLDINGS, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7-2(g), Defendants Endeavor Streaming, LLC ("Endeavor Streaming") and Endeavor Group Holdings, Inc. ("Endeavor Group Holdings") (together, the "Endeavor Defendants") respectfully request leave to file a notice of supplemental authority, attached hereto as **Exhibit A**, in support of their Motion to Dismiss (ECF Nos. 60, 74).

A court may grant a motion for leave to file a supplemental notice for "good cause." L.R. 7-2(g). "Good cause may exist either when the proffered supplemental authority controls the outcome of the litigation, or when the proffered supplemental authority is precedential, or particularly persuasive or helpful." *Alps Prop. & Cas. Ins. Co. v. Kalicki Collier, LLP*, 526 F. Supp. 3d 805, 812 (D. Nev. 2021) (internal citation omitted); *see also Hunt v. Washoe Cty. Sch. Dist.*, 2019 WL 4262510, at *3 (D. Nev. Sept. 9, 2019); *see also JP Morgan Chase Bank, N.A. v. Res. Grp., LLC*, 2018 WL 894612, at *5 (D. Nev. Feb. 13, 2018) (holding good cause to supplement exists where the proposed supplemental authority "directly control[s] the outcome of the litigation").

Here, good cause exists because the decision at issue, *Briskin v. Shopify, Inc.*, 87 F.4th 404 (9th Cir. 2023), affirming the district court's dismissal of a putative class action for lack of personal jurisdiction, (1) was issued on November 28, 2023—over three months after the Endeavor Defendants' Motion to Dismiss was fully briefed—and therefore could not have been cited earlier, (2) directly pertains to personal jurisdiction arguments made in the Endeavor Defendants' Motion (ECF Nos. 60 at 5-8, 74 at 3-5) and Plaintiffs' opposition thereto (ECF No. 71 at 8-12), (3) is precedential authority from the Ninth Circuit that could directly control the outcome of the litigation against the Endeavor Defendants, and (4) will not prejudice Plaintiffs.

Accordingly, the Endeavor Defendants respectfully request that the Court permit them to submit the attached Notice of Supplemental Authority in support of their Motion to Dismiss.

DATED: March 4, 2024

**PAUL HASTINGS LLP**

By: /s/ *Susan Leader*
Susan Leader
Ali Rabbani
Stephanie Balitzer

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 4, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/S/ SUSAN K. LEADER*
SUSAN K. LEADER

# INDEX

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| A | Defendants Endeavor Streaming, LLC and Endeavor Group Holdings, Inc.'s Notice of Supplemental Authority | 1-2 |
| B | Briskin v. Shopify, Inc., 87 F.4th 404 (9th Cir. 2023) | 3-23 |