**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

EVERETT BLOOM et al.,

        Plaintiffs,

  v.

ZUFFA, LLC et al.,

        Defendants.

Case No. 2:22-cv-00412-CDS-BNW

**ORDER**

    Before the Court is Defendant Zuffa, LLC's Motions to Seal (ECF Nos. 131,138) seeking to redact certain portions of :

    (1) Zuffa's Motion for Leave to File Sur-Reply and certain attached exhibits, (ECF Nos. 130, 130-1, 130-2, 130-3, 130-4); and

    (2) Zuffa's Reply in Support of Motion for Leave to File Sur-Reply (ECF No. 137)

    In light of the Court's Order Denying Motion to Seal (ECF No. 152), Meta is to file points and authorities regarding the specific passages in these documents that Meta seeks to maintain under seal.

    Meta's motion will be due no later than 30 days from today. The Court will maintain ECF No. 130 (including identified exhibits) and ECF No. 137 under seal for 30 days. Meta's failure to file the appropriate motion within this time period will result in the unsealing of these documents.

    **IT IS THERERFORE ORDERED** that Defendant Zuffa's Motions to Seal at ECF Nos. 131 and 138 are **DENIED without prejudice and with leave for Meta to file the appropriate motion**.

    DATED: June 21, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE