**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

EVERETT BLOOM et al.,

            Plaintiffs,

  v.

ZUFFA, LLC et al.,

            Defendants.

Case No. 2:22-cv-00412-CDS-BNW

**ORDER**

Before the Court is Plaintiffs' Motion to Seal (ECF No. 134) seeking to redact certain portions of its Response to Defendant's Motion for Leave to File Sur-Reply (ECF No. 135). In this motion, Plaintiffs seek to seal limited information they deem confidential and additional passages Meta may deem confidential.

In light of the Court's Order Denying Motion to Seal (ECF No. 152), Meta is to file points and authorities regarding the specific passages in this document that Meta seeks to maintain under seal.

Meta's motion will be due no later than 30 days from today. The Court will maintain ECF No. 135 under seal for 30 days. Meta's failure to file the appropriate motion within this time period will result in the unsealing of this document.

The Court will determine whether to seal (1) the passages Plaintiff identifies and (2) the passages Meta may identify after allowing Meta an opportunity to file the appropriate points and authorities.

**IT IS THERERFORE ORDERED** that Plaintiffs' Motion to Seal at ECF No. 134 is **DENIED without prejudice and with leave for Meta to file the appropriate motion**.

DATED: June 21, 2024.

                                            BRENDA WEKSLER
                                            UNITED STATES MAGISTRATE JUDGE