# Exhibit 2

Excerpt of the Deposition of Tobias Woolridge, dated January 25, 2024

Filed Under Seal

1              UNITED STATES DISTRICT COURT

2                    DISTRICT OF NEVADA

3                        ---o0o---

4

5    EVERETT BLOOM, an individual on
     behalf of himself, the general
6    public, and those similarly
     situated,
7
                    Plaintiff,
8
     vs.                                  Case No.:
9                                         2:22-cv-00412-RFB-BNW
     ZUFFA, LLC,
10
                    Defendants.           **HIGHLY
11   _____/    CONFIDENTIAL**

12    *** HIGHLY CONFIDENTIAL ***
         Remote Deposition Of
13          TOBIAS WOOLDRIDGE
       Thursday, January 25, 2024
14

15         **CERTIFIED COPY**

16

17

18

19   STENOGRAPHICALLY REPORTED
     BY:  DEBORAH FUQUA, CSR #12948
20   CERTIFIED STENOGRAPHIC REPORTER

21

22

23           NOGARA REPORTING SERVICE
         150 Sutter Street, P.O. Box 538
         San Francisco, California 94105
24             (415) 398-1889
           nogara.reporting@gmail.com
25

Case 2:22-cv-00412-RFB-BNW   Document 162-2   Filed 11/04/24   Page 3 of 24





9







12



13

Case 2:22-cv-00412-RFB-BNW   Document 162-2   Filed 11/04/24   Page 9 of 24

1

17    ATTORNEY PATEK:  Q.  Okay.  So when the Pixel

18  event data is received, it has the integer -- well,

19  assuming that the c_user cookie was transmitted as part

20  of it, it has the integer value of the Facebook ID

21  present in the Pixel event data, correct?

22          ATTORNEY RABBANI:  Objection to form.

23          THE WITNESS:  I don't know if I would

24  characterize the c_user cookie as part of the Pixel

25  event data necessarily.

14





16





18

1





20

1



1



22

1



23

1



Case 2:22-cv-00412-RFB-BNW   Document 162-2   Filed 11/04/24   Page 20 of 24

1

13    Q.  I guess what I mean is Meta can use

14  information other than -- let's see.  Let me think

15  about how to rephrase that.

16          Yeah.  So I guess I'm asking about focusing on

17  the event data that's transmitted through the Meta

18  Pixel, even if the -- I guess to start over, Meta can

19  associate event data with a Facebook user even if that

20  event data does not include a Facebook ID, correct?

21          ATTORNEY EDELSTEIN:  Form.

22          THE WITNESS:  Meta can associate data to

23  Facebook user even if that event data was not

24  transmitted with a Facebook user ID.

25

25





27



28

```
 1   STATE OF CALIFORNIA      )
                             )   ss.
 2   COUNTY OF MARIN          )

 3           I, DEBORAH FUQUA, a Certified Shorthand

 4   Reporter of the State of California, duly authorized to

 5   administer oaths pursuant to Rule 30(b)(6) of the

 6   Federal Rules of Civil Procedure, do hereby certify

 7   that

 8                   TOBIAS WOOLDRIDGE,

 9   the witness in the foregoing deposition, was by me duly

10   sworn to testify the truth, the whole truth, and

11   nothing but the truth in the within entitled cause;

12   that said testimony of said witness was reported by me,

13   a disinterested person, via a web conferencing platform

14   and was thereafter transcribed under my direction into

15   typewriting and is a true and correct transcription of

16   said proceedings.

17           I further certify that I am not of counsel or

18   attorney for either or any of the parties in the

19   foregoing deposition and caption named, nor in any way

20   interested in the outcome of the cause named in said

21   caption.

22           Dated the 8th day of February, 2024.

23

24

                             DEBORAH FUQUA
25                           CSR NO. 12948
```

29