**MARKMAN LAW**
DAVID MARKMAN (Nev. Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd., Suite #130
Las Vegas, Nevada 89121
Telephone: (702) 843-5899
Facsimile: (702) 843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (admitted *pro hac vice*)
seth@gutridesafier.com
MARIE A. MCCRARY (admitted *pro hac vice*)
marie@gutridesafier.com
HAYLEY REYNOLDS (admitted *pro hac vice*)
hayley@gutridesafier.com
ANTHONY J. PATEK (admitted *pro hac vice*)
anthony@gutridesafier.com
KALI BACKER (admitted *pro hac vice*)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC,<br><br>Defendant. | Case No.: 2:22-cv-00412-RFB-BNW (D. Nev.)<br><br>**NOTICE OF RECENT DECISION** |

Plaintiffs hereby notify the Court that the Northern District of Georgoa recently issued a decision in *Jancik v. WebMD LLC*, No. 1:22-cv-644, 2025 U.S. Dist. LEXIS 30054; 2025 WL 560705 (N.D. Ga. Feb. 20, 2025). As relevant to this case moving forward, *Jancik* certified a class of Video Protection and Privacy Act claimants under Fed. R. Civ. P. 23(b)(3), finding that pixel data supplied by Meta Platforms, Inc. provided common evidence that predominated over individualized inquiries. *Id.* at *28. The Court also certified the class under Fed. R. Civ. P. 23(b)(2), finding a class was necessary in view of entitlement to declaratory relief and damages to which class members were "automatically entitled" once liability to the class was established." *Id.* at *31-33. A copy of the decision is included (Attachment A).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Corta Madera, California on March 4, 2025.

*/s/ Anthony J. Patek /s/*
Anthony J. Patek (CA State Bar No. 228964)
anthony@gutridesafier.com