UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

EVERETT BLOOM, et al,

        Plaintiff,

v.

ZUFFA LLC

        Defendants.

Case No. 2:22-cv-00412-RFB-BNW

**Witnesses Appearing and Exhibits Referenced -Evidentiary Hearing 5/13/2025 & 5/14/2025**

Presiding Judge:  Richard F. Boulware

Law Clerk: Jermel McClure

Court Reporter: Patricia Ganci

Courtroom Administrator: Darci Smith

| Stip | Plf | Deft | Date Offered | Exhibit No. | Witness Name or Exhibit Description |
|------|-----|------|--------------|-------------|--------------------------------------|
|      | X   |      | 5/13/25      |             | **Rebecca Herold** |
|      | X   |      |              | Not Marked  | Herold Rebuttal Decl. (ECF 122-9 (Ex. 31 to Mot. for Class Certification |
|      | X   |      |              | Not marked  | Decl. of Rebecca Herold (previously filed with Mot. for Class Certification; see ECF 53) Named: **Herold Decl iso Class Certification (SEALED)** |
|      | X   |      |              | Not Marked  | META_BLOOM_001a – Excel Spreadsheet |
|      |     |      | 5/14/2025    |             | **Rebecca Herold** |
|      | X   |      |              | Not Marked  | META 0005a – Excel Spreadsheet |
|      |     | X    |              | 71          | Declaration and Preliminary Expert Report of Rebecca Herold in Support of Plaintiffs' Motion for Class Certification |
|      |     | X    |              | 102         | Meta Pixel Spreadsheet [Plaintiffs' Rep. Ex. 25] |
|      |     | X    |              | 60          | Deposition transcript of Tobias Wooldridge |
|      |     | X    | 5/14/2025    |             | Ronald Schnell |
|      |     | X    |              | 1           | Expert Report of Ron Schnell [Zuffa Opp'n Ex. A] |
|      |     | X    |              | 53          | Supplemental Expert Report of Ron Schnell [Zuffa Sur-Reply Ex. 3] |

| Stip | Plf | Deft | Date Offered | Exhibit No. | Witness Name or Exhibit Description |
|---|---|---|---|---|---|
|  |  | X |  | 71 | Declaration and Preliminary Expert Report of Rebecca Herold in Support of Plaintiffs' Motion for Class Certification |
|  |  | X |  | 108 | Reply Declaration of Rebecca Herold in support of Reply in Support of Plaintiffs' Motion to Certify Class [Plaintiffs' Rep. Ex. 31] |
|  |  | X |  | 64 | Zuffa's Demonstratives |
|  |  |  |  |  |  |
|  |  |  |  |  |  |