**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS, ESQ. (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (602) 382-0540

**PAUL HASTINGS LLP**
SUSAN K. LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendant*

**MARKMAN LAW**
DAVID MARKMAN (Nev. Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**GUTRIDE SAFIER LLP**
SETH A. SAFIER (*admitted pro hac vice*)
seth@gutridesafier.com
MARIE A. MCCRARY (*admitted pro hac vice*)
marie@gutridesafier.com
ANTHONY J. PATEK (*admitted pro hac vice*)
anthony@gutridesafier.com
HAYLEY REYNOLDS (*admitted pro hac vice*)
hayley@gutridesafier.com
KALI BACKER (*admitted pro hac vice*)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EVERETT BLOOM, JACK GRAHAM, AND
DAVE LINDHOLM, on behalf of themselves,
and those similarly situated,

        Plaintiffs,

        v.

ZUFFA, LLC,

        Defendant.

CASE NO. 2:22-CV-00412-RFB-BNW

**JOINT STIPULATION TO EXTEND
BRIEFING SCHEDULE ON
DEFENDANT ZUFFA, LLC'S MOTION
FOR SUMMARY JUDGMENT**

**(First Request)**

Hon. Richard F. Boulware, II

Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs Everett Bloom, Jack Graham, and Dave Lindholm (collectively, "Plaintiffs") and Defendant Zuffa, LLC ("Defendant" or "Zuffa") (together with Plaintiffs, the "Parties") hereby stipulate to extend the briefing schedule on Zuffa's Motion for Summary Judgment ("Zuffa's MSJ"), which was filed on October 10, 2025, for the reasons set forth below. This is the Parties' first stipulation to extend the briefing schedule on Zuffa's MSJ.

WHEREAS, on October 10, 2025, Zuffa filed its MSJ (ECF Nos. 186 and 187);

WHEREAS, pursuant to LR 7-2(b), Plaintiffs' points and authorities in response to Zuffa's MSJ ("Opposition") is currently due on October 31, 2025, and Zuffa's reply in support of its MSJ ("Reply") is currently due on November 14, 2025;

WHEREAS, the Parties have met and conferred and agreed to enter into an extended briefing schedule on Zuffa's MSJ to accommodate counsel for Plaintiffs' other professional obligations in October and November 2025 and counsel for Defendant's holiday travel schedules in December 2025, by which Plaintiffs' Opposition would be due on December 15, 2025 and Zuffa's Reply would be due on January 30, 2026;

**THEREFORE**, the Parties hereby stipulate and agree that there is good cause to extend the briefing schedule on Zuffa's MSJ as follows:

- The deadline for Plaintiffs' Opposition to Zuffa's MSJ is December 15, 2025; and

- The deadline for Zuffa's Reply in support of its MSJ is January 30, 2026.

**IT IS SO STIPULATED.**

DATED: October 17, 2025

By: _/s/ Susan K. Leader_
**PAUL HASTINGS LLP**
Susan K. Leader
Ali R. Rabbani
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

**CAMPBELL & WILLIAMS**

By: _/s/ Anthony J. Patek_
**GUTRIDE SAFIER LLP**
Seth A. Safier
Marie A. McCrary
Hayley Reynolds
Anthony J. Patek
Kali Backer
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545

J. Colby Williams, Esq.
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (602) 382-0540

Facsimile: (415) 449-6469

**MARKMAN LAW**
David Markman
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130
Las Vegas NV 89121
Telephone: 702-843-5899
Facsimile: 702-843-6010

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**DATED**: October 20, 2025.

- 3 -