**WILSON SONSINI GOODRICH & ROSATI,**
Professional Corporation
VICTOR JIH (*admitted pro hac vice*)
vjih@wsgr.com
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (323) 210-2999
Facsimile: (866) 974-7329

*Attorneys for Defendant Zuffa, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC,<br><br>Defendant. | Case No. 2:22-CV-00412-RFB-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ZUFFA, LLC** |

## I. INTRODUCTION

Pursuant to Local Rule IA 11-6, attorney Victor H. Jih and law firm Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") move to withdraw as counsel for Defendant Zuffa, LLC ("Defendant"). Defendant will continue to be represented by attorneys from the law firms Campbell & Williams and Paul Hastings LLP. Defendant has been informed and consents to the withdrawal of Mr. Jih and WSGR, and to its continued representation by the law firm of Campbell & Williams and Paul Hastings LLP. Accordingly, the undersigned respectfully requests the Court grant the withdrawal.

## II. ARGUMENT

Pursuant to Local Rule 11-6(b), an attorney may withdraw from a case by filing a motion or stipulation and serving it on the affected client and opposing counsel. LR 11-6(b). The affected client may file a response to the attorney's motion within 14 days of filing the motion, unless the court orders otherwise. *Id*.

Because of a change of employment by Defendant's counsel, Susan K. Leader and Ali R. Rabbani, Defendant is currently represented by three law firms: Campbell & Williams, Paul Hastings LLP, and WSGR. *See* ECF No. 52. The withdrawal of attorney Mr. Jih and law firm WSGR will not materially or adversely affect Defendant's interests because both Campbell & Williams and Paul Hastings LLP will continue to represent Defendant. This withdrawal will not cause any delay in discovery, trial, or any hearing in the matter. *See* LR 11-6(e). Moreover, Defendant has been informed of this requested withdrawal, and it consents to such withdrawal.[1]

---

[1] Pursuant to LR 11-6, attorneys at Campbell & Williams and Paul Hastings LLP are authorized and will accept service of this Motion on behalf of Defendant.

**III.    CONCLUSION**

The undersigned respectfully requests the Court grant the Motion and that attorney Victor H. Jih and the law firm WSGR be withdrawn from the case and removed from the CM/ECF e-service list.

Dated:  November 20, 2025

                    Respectfully Submitted,

                    **WILSON SONSINI GOODRICH & ROSATI**
                    Professional Corporation

                    By:  */s/ Victor H. Jih*
                           Victor H. Jih

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 20, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List.

                                        */s/ Victor H. Jih*
                                         Victor H. Jih

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  EVERETT BLOOM, JACK GRAHAM, AND         Case No. 2:22-CV-00412-RFB-BNW
11  DAVE LINDHOLM, on behalf of themselves,
    and those similarly situated,           **ORDER GRANTING MOTION**
12                                          **TO WITHDRAW AS COUNSEL**
              Plaintiff,                    **FOR DEFENDANT ZUFFA, LLC**
13
         v.
14
    ZUFFA, LLC,
15
              Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

1. This matter is before the Court on the Motion to Withdraw as Counsel filed November 20, 2025. Attorney Victor H. Jih and law firm Wilson Sonsini Goodrich & Rosati, P.C. seek to withdraw as counsel for Defendant Zuffa, LLC. The Motion represents that Defendant will continue to be represented in this action by law firms Campbell & Williams and Paul Hastings LLP. Defendant has been informed of and consents to this withdrawal, which will not cause any delay in discovery, trial, or any hearing in the matter.

Having reviewed and considered this matter, and for good cause shown,

IT IS SO ORDERED:

1. The Motion to Withdraw is GRANTED.

2. Victor H. Jih and law firm Wilson Sonsini Goodrich & Rosati, P.C. will be withdrawn from the case and removed from the CM/ECF e-service list.

3. Defendant Zuffa, LLC. will continue to be represented in this action by law firms Campbell & Williams and Paul Hastings LLP.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 21, 2025

Case No. 2:22-CV-00412-RFB-BNW