| | |
|---|---|
| **CAMPBELL & WILLIAMS**<br>J. COLBY WILLIAMS, ESQ. (Nev. Bar No. 5549)<br>jcw@cwlawlv.com<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Facsimile: (602) 382-0540<br><br>**PAUL HASTINGS LLP**<br>SUSAN K. LEADER (*admitted pro hac vice*)<br>susanleader@paulhastings.com<br>ALI R. RABBANI (*admitted pro hac vice*)<br>alirabbani@paulhastings.com<br>1999 Avenue of The Stars, 27th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 620-5700<br>Facsimile: (310) 620-5899<br><br>*Attorneys for Defendant*<br><br>ADDITIONAL COUNSEL<br>ON SIGNATURE PAGE | **MARKMAN LAW**<br>DAVID MARKMAN (Nev. Bar. No. 12440)<br>David@Markmanlawfirm.com<br>4484 S. Pecos Rd. Suite #130<br>Las Vegas NV 89121<br>Telephone: 702-843-5899<br>Facsimile: 702-843-6010<br><br>**GUTRIDE SAFIER LLP**<br>SETH A. SAFIER (*admitted pro hac vice*)<br>seth@gutridesafier.com<br>MARIE A. MCCRARY (*admitted pro hac vice*)<br>marie@gutridesafier.com<br>ANTHONY J. PATEK (*admitted pro hac vice*)<br>anthony@gutridesafier.com<br>HAYLEY REYNOLDS (*admitted pro hac vice*)<br>hayley@gutridesafier.com<br>KALI BACKER (*admitted pro hac vice*)<br>kali@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 336-6545<br>Facsimile: (415) 449-6469<br><br>*Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>ZUFFA, LLC,<br><br>          Defendant. | CASE NO. 2:22-CV-00412-RFB-BNW<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO SEAL**<br><br>**(First Request)**<br><br>Hon. Brenda Weksler |

1   Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs Everett Bloom, Jack Graham, and Dave Lindholm (collectively, "Plaintiffs"), Defendant Zuffa, LLC ("Zuffa"), and Non-Party Meta Platforms, Inc. ("Meta") hereby stipulate to extend the deadline to respond to Plaintiffs' Administrative Motion to Seal and Motion to Consider Sealing Material Designated by Another Party ("Motion to Seal"), which was filed on December 19, 2025, for the reasons set forth below. This is the first stipulation relating to the briefing schedule on Plaintiffs' Motion to Seal.

WHEREAS, on December 19, 2025, Plaintiffs filed a Motion to Seal (ECF No. 207) certain documents and information designated by Zuffa and Meta, respectively, as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order in this action;

WHEREAS, the deadline to respond to the Motion to Seal is currently January 2, 2026;

WHEREAS, to accommodate the schedules of counsel and their respective clients over the holidays, Plaintiffs, Zuffa, and Meta have met and conferred and agreed to extend the deadline to respond to Plaintiffs' Motion to Seal by two weeks until January 16, 2026;

**THEREFORE**, the Parties hereby stipulate and agree that there is good cause to extend the deadline to respond to Plaintiffs' Motion to Seal to January 16, 2026.

**IT IS SO STIPULATED.**

DATED: December 30, 2025

By: /s/ Susan K. Leader
**PAUL HASTINGS LLP**
Susan K. Leader
Ali R. Rabbani
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

**CAMPBELL & WILLIAMS**
J. Colby Williams, Esq.
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (602) 382-0540

*Attorneys for Defendant Zuffa, LLC*

By: /s/ Anthony J. Patek
**GUTRIDE SAFIER LLP**
Seth A. Safier
Marie A. McCrary
Hayley Reynolds
Anthony J. Patek
Kali Backer
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

**MARKMAN LAW**
David Markman
David@Markmanlawfirm.com
4484 S. Pecos Rd. Suite #130

|   |   |
|---|---|
|   | Las Vegas NV 89121<br>Telephone: 702-843-5899<br>Facsimile: 702-843-6010 |
|   | *Attorneys for Plaintiffs* |

By:  */s/   Jan K. Tomasik*
     **COZEN O'CONNOR**
     Jan K. Tomasik
     1180 North Town Center Drive, Suite 260
     Las Vegas, NJ 89144
     Telephone: (702) 470-2330

     **JENNER & BLOCK LLP**
     Laurie Edelstein (Admitted *pro hac vice*)
     525 Market Street, 29th Floor
     San Francisco, California 94105
     Telephone: (628) 267-6800
     Facsimile: (628) 267-6859

*Attorneys for Non-Party Meta Platforms, Inc.*

**IT IS SO ORDERED:**

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: January 7, 2026