# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Everett Bloom, et al., | Case No. 2:22-cv-00412-RFB-BNW |
| Plaintiffs, | |
| v. | **ORDER** |
| Zuffa, LLC, et al., | |
| Defendants. | |

Before this Court is Plaintiffs' motion entitled "sealed motion to seal." ECF No. 206. This is actually the sealed/unredacted version of Plaintiffs' opposition to Defendants 'motion for summary judgment.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to change the title in ECF No. 206 to "Sealed Response to Motion for Summary Judgment" and link it to ECF No. 186 and 205.

**IT IS FURTHER ORDERED** that Plaintiffs' sealed motion to seal (ECF No. 206) is **DENIED** as duplicative of ECF No. 207.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to maintain ECF No. 206 under seal until further orders from this Court.

DATED: February 10, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE