**CAMPBELL & WILLIAMS**
J. COLBY WILLIAMS (Nev. Bar No. 5549)
jcw@cwlawlv.com
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

**PAUL HASTINGS LLP**
SUSAN K. LEADER (*admitted pro hac vice*)
susanleader@paulhastings.com
ALI R. RABBANI (*admitted pro hac vice*)
alirabbani@paulhastings.com
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, on behalf of themselves, and those similarly situated,

Plaintiffs,

vs.

ZUFFA, LLC,

Defendant.

CASE NO. 2:22-cv-00412-RFB-BNW

**DEFENDANT ZUFFA, LLC'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING DUPLICATIVE MOTIONS TO SEAL (ECF NOS. 226 AND 229)**

Defendant Zuffa, LLC ("Zuffa") respectfully submits this response to the Court's June 17, 2026, Minute Order regarding Zuffa's Motion for Leave to File Under Seal its (i) Reply in Support of its Motion for Summary Judgement and Exhibits Thereto ("Reply") and (ii) Objections to Evidence Filed in Support of Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment ("Objections"), which was filed at ECF Nos. 226 and 229 (the "Motion to Seal").

Zuffa filed the Motion to Seal twice so that it could be linked to two separate docket entries on the Court's electronic filing system: (i) Zuffa's Reply (ECF No. 225), and (ii) Zuffa's Objections (ECF No. 227). Zuffa did this to comply with Local Rule IC 2-2(d), which provides that "[e]lectronically filed documents . . . that pertain to a motion or other document must be linked properly to the document to which they pertain in the electronic filing system" in order to "enable[] the establishment of a docket-entry relationship or proper setting or termination of scheduled deadlines." Zuffa does not object to the Court striking the Motion to Seal at ECF No. 226 from the record as duplicative of ECF No. 229.

DATED: June 24, 2026

**PAUL HASTINGS LLP**

By: /s/ *Susan Leader*
Susan Leader
Ali Rabbani

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 24, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/S/ SUSAN K. LEADER*
SUSAN K. LEADER