**MARKMAN LAW**
DAVID MARKMAN (Nev. Bar. No. 12440)
David@Markmanlawfirm.com
4484 S. Pecos Rd., Suite #130
Las Vegas, Nevada 89121
Telephone: (702) 843-5899
Facsimile: (702) 843-6010

**GUTRIDE SAFIER LLP**
Seth A. Safier (*pro hac vice*)
seth@gutridesafier.com
Anthony J. Patek (*pro hac vice*)
anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF NEVADA**

EVERETT BLOOM, JACK GRAHAM, AND DAVE LINDHOLM, on behalf of themselves, and those similarly situated,

Plaintiffs,

v.

ZUFFA, LLC

Defendant.

Case No. 2:22-cv-00412-RFB-BNW (D. Nev.)

**PLAINTIFFS' RESPONSE TO ORDER FOR MORE INFORMATION**

Plaintiffs hereby respond to Magistrate Judge Weksler's minute order at ECF 243, seeking more information regarding the purpose and intent of the administrative motion to seal filed at ECF 200.

Plaintiffs clarify that the specific relief sought with the administrative motion to seal filed at ECF 200 is redundant with the prior motions (ECF 54 and ECF 123) to seal those same papers, which the Court has already granted (see, e.g., ECF 158 and ECF 232).

Plaintiffs filed the motion to seal at ECF 200 solely because the Court instructed them to do so, as explained in the motion to seal. That instruction arose after the Court's minute order at ECF 196:

> MINUTE ORDER IN CHAMBERS of the Honorable Richard F. Boulware, II on 11/12/2025. Pending before the Court is Plaintiffs' 53 Motion for Class Certification. Unredacted copies of this Motion and related pleadings are necessary for the Court's forthcoming order on the matter. Defendants are therefore ORDERED to provide the Court with an unredacted copy of ECF No. 106 (Defendant Zuffa LLC's Opposition to Plaintiffs' Motion for Class Certification) within 7 days, by November 19, 2025. Plaintiffs are ORDERED to provide the Court with unredacted copies of ECF Nos. 53 (Plaintiffs' Motion for Class Certification) and 122 (Plaintiffs' Reply in Support of Motion for Class Certification) within 7 days, by November 19, 2025. (Copies have been distributed pursuant to the NEF - CMB).

ECF 196 (Underline added). Plaintiffs were uncertain how to respond to the above minute order because they had already field unredacted copies of their Motion for Class Certification and Reply when they filed their motion for class certification. Plaintiffs conferred with Defendants (who had received a comparable order), who were also uncertain how to interpret the order.

Plaintiffs then reached out to the Court's clerk for clarification (e.g., whether the Court needed additional courtesy copies or some other action by Plaintiffs). The clerk instructed Plaintiffs to file the papers with an administrative motion to seal, which Plaintiffs did. Plaintiffs presume this was necessary per the Court's instructions, but submit that the process of sealing the documents attached to ECF 200 is redundant with the earlier orders identified above. Plaintiffs apologize if their actions created any confusion.

/ / /

Dated: July 1, 2026

**GUTRIDE SAFIER LLP**

*/s/ Anthony J. Patek*

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*